UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **DOROTHY CHAPPELL-JOHNSON**  )<br>**901 Falls Lake Drive**  )<br>**Mitchellville, Maryland 20721**  )<br>  )<br>   **Plaintiff,**  )<br>  )<br>**v.**  )<br>  )<br>**MARTIN GRUENBERG**  )<br>**Acting Chairman**  )<br>**Federal Deposit Insurance Corporation**  )<br>**550 17th Street NW**  )<br>**Washington, DC 20429**  )<br>  )<br>   **Defendant.**  )<br>  ) | No. 1:06CV00314-RCL<br><br><br><br><br><br><br><br><br><br><br>May 5, 2006 |

## APPEARANCE

Please enter my appearance as counsel for Defendant pursuant to LCvR 83.2(e). I am employed as an attorney by the Federal Deposit Insurance Corporation, an agency of the United States, and am a member in good standing of the bar of the State of California.

Respectfully submitted,

/S/

Victor E George
Counsel
CA Bar No. 89595
550 17th Street, NW, Room VS-E6004
Washington, DC  20429
703-562-2395 (office)
703-562-2482 (fax)
vgeorge@fdic.gov

May 5, 2006

## LCvR 83.2(j) CERTIFICATION

I hereby certify that I am personally familiar with the provisions of Title 28, United States Code, which pertain to the jurisdiction and practice in the United States District Courts, with the Federal Rules of Civil Procedure, the Rules of the United States District Court for the District of Columbia, the Rules of Professional Conduct adopted by the District of Columbia Circuit of Appeals, and will faithfully adhere thereto, and the District of Columbia Bar Voluntary Standards for Civility in Professional Conduct.

/S/_____
VICTOR GEORGE
May 5, 2006