UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOROTHY CHAPPELL-JOHNSON, )<br>)<br>           **Plaintiff,**     )<br>)<br>v.              )<br>)<br>MARTIN GRUENBERG,    )<br>Acting Chairman, Federal Deposit   )<br>Insurance Corporation,     )<br>)<br>           **Defendant.**    )<br>_____) | Civil Action Number 06-314 (RCL) |

## ORDER

Defendant Martin Gruenberg has filed an answer. Therefore, a Local Rule 16.3 Conference shall be held within fifteen (15) days of this date between plaintiff and defendant. Within ten (10) days thereafter, a report shall be filed with the Court, along with a proposed scheduling order. The Proposed Scheduling Order required by Rule 16.3(d) shall be submitted in Word Perfect (preferred) or Microsoft Word format by email to RCL_ECF@dcd.uscourts.gov.

    SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on May 5, 2006.