UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOROTHY CHAPPELL-JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 06-0314 (RCL) |
| v. ) | |
| ) | |
| MARTIN J. GRUENBERG, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## INITIAL SCHEDULING ORDER

UPON CONSIDERATION of the parties' Joint Report of Local Rule 16.3 Conference, and the entire record herein, it is hereby

ORDERED that the parties shall abide by the following dates, deadlines and limitations:

1. Parties are limited to ten depositions per side;

2. Parties are limited to serving 25 discrete interrogatories, requests for the production of documents, and requests for admission, respectively;

3. Close of all discovery shall occur 180 days from the date of this Order;

4. Deadline for filing opposition to dispositive motions shall be 45 days after the filing of dispositive motions;

5. Deadline for filing reply to opposition to dispositive motions shall be 21 days after the filing of the opposition to dispositive motions; and

6. Status Conference to set dates for Pretrial and Trial shall be held after the Court rules on post-discovery dispositive motions.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on August 17, 2006.