UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **DOROTHY CHAPPELL-JOHNSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action Number 06-314 (RCL)** |
| | ) | |
| **MARTIN GRUENBERG,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ORDER

Upon consideration of the parties' joint motion [8] to enlarge time for discover for a period of ninety days from February 14, 2007 to May 15, 2007, it is hereby

ORDERED, that the parties' joint motion be, and hereby is, GRANTED; and it is

FURTHER ORDERED, that the parties shall have an additional ninety days, to and including May 15, 2007, within which to conduct discovery and otherwise to adjust the schedule of future events in this matter as follows:

| | |
|---|---|
| Deadline for filing dispositive motions | July 16, 2007 |
| Deadline for filing opposition to dispositive motions | August 30, 2007 |
| Deadline for filing reply to opposition to dispositive motions | September 20, 2007 |
| Status conference | 60 days after Court rules on post-discovery dispositive motions |

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, April 21, 2007.
SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on May 5, 2006.