UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **DOROTHY CHAPPELL-JOHNSON**<br>    901 Falls Lake Drive<br>    Mitchellville, Maryland 20721<br><br>        **Plaintiff,**<br><br>    v.<br><br>**MARTIN GRUENBERG**<br>    Acting Chairman<br>    Federal Deposit Insurance Corporation<br>    550 17th Street NW<br>    Washington, DC 20429<br><br>        **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)  No. 1:06CV00314-RCL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of Defendant's Motion to Compel Further Discovery Responses to Written Interrogatories and Requests for Production of Documents and for monetary sanctions, and any opposition thereto, it is hereby,

ORDERED that plaintiff provide detailed responses to the Interrogatories and Document Requests identified in Defendant's motion, without objection, within thirty days of the date of this Order, and

IT IS FURTHER ORDERED that, good cause existing therefor, plaintiff's counsel Swick & Shapiro shall pay to Defendant the sum of $_____, as monetary sanctions pursuant to Fed.R.Civ.P. 37(a), forthwith.

_____
UNITED STATES DISTRICT JUDGE