UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DOROTHY CHAPPELL-JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0314-RCL |
| ) | |
| MARTIN J. GRUENBERG, ) | |
| ) | |
| Defendant. ) | |

NOTICE OF WITHDRAWAL OF DEFENDANT'S
MOTION TO COMPEL DISCOVERY FROM PLAINTIFF

Defendant Martin J. Gruenberg, hereby gives notice to the Court that he is withdrawing his Motion to Compel Discovery from Plaintiff, filed on May 10, 2007. The basis for this withdrawal is that Plaintiff has substantially complied with the demands set forth in the subject motion.

Specifically, Defendant received Supplemental Responses to the Interrogatories and Document Requests referenced in the Motion to Compel filed on May 10, 2007, via facsimile on May 15 and May 20, 2007 from Plaintiff's counsel.

WHEREFORE, defendant respectfully withdraws his Motion to Compel Discovery and for Monetary Sanctions from Plaintiff for the reasons stated above.

Respectfully submitted,


_____/s/_____
Victor E. George

California Bar 89595
Federal Deposit Insurance Corporation
Legal Division
3501 Fairfax Drive #E-6004
Arlington, VA 22226
Tel. 703-562-2395
Fax 703-562-2482
vgeorge@fdic.gov