UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DOROTHY CHAPPELL-JOHNSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SHEILA C. BAIR, Chairman, ) <br> Federal Deposit Insurance Corporation, ) <br> ) <br> Defendant. ) <br> ) | Case No. 1:06-cv-00314-RCL |

**CONSENT MOTION TO ENLARGE TIME FOR FILING**
**DISPOSITIVE MOTION(S) AND TO ADJUST SCHEDULING ORDER**

Defendant Sheila C. Bair, in her official capacity as Chairman of the Federal Deposit Insurance Corporation ("FDIC"),[1] files this consent motion to enlarge time for filing dispositive motion(s) and to adjust scheduling order. Pursuant to this Court's order entered on May 9, 2007, dispositive motions are due in this case by July 16, 2007, oppositions to such dispositive motions are due by August 30, 2007, and replies are due by September 20, 2007.

Counsel for defendant, Victor George, was unexpectedly hospitalized over the weekend of July 14-15 and continues to be out of the office on sick leave today. Accordingly, defendant requests a one week enlargement of time, until and including July 23, 2007, in which to file dispositive motion(s) in this case. Defendant also requests a corresponding extension of the remainder of the briefing schedule, so that opposition to dispositive motion(s) would be due by

---

[1] The complaint, filed on February 22, 2006, named as Defendant Martin J. Gruenberg, in his official capacity as Acting Chairman of the FDIC. Sheila C. Bair was sworn in as Chairman of the FDIC on June 26, 2006, and in her official capacity should be substituted for Mr. Gruenberg as Defendant in this case pursuant to Fed. R. Civ. P. 25(d).

September 6 and reply brief(s) would be due by September 27, 2007.  Counsel for plaintiff, James Simpson, has consented to this motion.

      An order granting the requested relief is attached.

                                          Respectfully submitted,

                                          /s/ *William S. Jones for Victor George*
                                          _____
                                          Victor E. George
                                          Counsel
                                          CA Bar No. 89595
                                          3501 Fairfax Drive, Room VS-E6004
                                          Arlington, VA  22226
                                          703-562-2395 (office)
                                          703-562-2482 (fax)
                                          vgeorge@fdic.gov

                                          Attorney for Defendant

Dated: July 16, 2007