UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DOROTHY CHAPPELL-JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06-cv-00314-RCL |
| ) | |
| SHEILA C. BAIR, Chairman, ) | |
| Federal Deposit Insurance Corporation, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of defendant's consent motion to enlarge time for filing dispositive motion(s) and to adjust scheduling order, it is hereby

ORDERED that such motion is granted, and it is

FURTHER ORDERED that the dispositive motion deadlines are reset as follows:

    Dispositive motion(s) due by July 23, 2007;

    Opposition to dispositive motion(s) due by September 6, 2007; and

    Reply to opposition(s) due by September 27, 2007.

SO ORDERED, this _____ day of July, 2007.

_____
UNITED STATES DISTRICT JUDGE