UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DOROTHY CHAPPELL-JOHNSON,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **SHEILA C. BAIR,** ) <br> ) <br> **Defendant.** ) <br> ) | Civil Action No. 06-0314 (RCL) |

## ORDER

Upon consideration of defendant's consent motion [13] to enlarge time for filing dispositive motion(s) and to adjust the scheduling order, it is hereby

ORDERED that the motion [13] is GRANTED; and it is further

ORDERED that the dispositive motion deadlines are reset as follows: Dispositive motion(s) are due by July 23, 2007; Oppositions to dispositive motion(s) are due by September 6, 2007; and Replies to opposition(s) are due by September 27, 2007.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on July 20, 2007.