UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **DOROTHY CHAPPELL-JOHNSON** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | No. 1:06CV00314-RCL |
| ) | |
| **MARTIN GRUENBERG** ) | |
| ) | |
| **Defendant.** ) | |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant, Martin Gruenberg, Acting Chairman of the Federal Deposit Insurance Corporation, hereby moves for Summary Judgment in his favor and against Plaintiff as to her complaint herein in its entirety, pursuant to Fed. R. Civ. P. 56(b).

Respectfully submitted,

/s/_____
Victor E. George
Counsel
CA Bar No. 89595
3501 Fairfax Drive, Room VS-E6004
Arlington, VA  22226
703-562-2395 (office)
703-562-2482 (fax)
vgeorge@fdic.gov

                                                _____

Daniel H. Kurtenbach  
Counsel  
DC Bar No. 426590  
550 17th Street, NW, Room VS-D7066  
Washington, DC  20429  
703-562-2565 (office)  
703-562-2475 (fax)  
dkurtenbach@fdic.gov