## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **DOROTHY CHAPPEL-JOHNSON,** | : | |
| Plaintiff, | : | |
| v. | : | No. 1:06-CV00314-RCL |
| **MARTIN GRUENBERG** | : | |
| **Acting Chairman** | : | |
| **Federal Deposit Insurance Corporation** | : | |
| Defendant. | : | |

## DECLARATION OF SUSAN BERMAN

In accordance with the provisions of 28 U.S.C. Section 1746, I, the undersigned, SUSAN BERMAN, do hereby make the following unsworn declaration, under penalty of perjury, pertinent to the above-styled and numbered cause:

1. I am employed as Supervisory Equal Opportunity Specialist in the Office of Diversity and Economic Opportunity ("ODEO") at the Federal Deposit Insurance Corporation headquarters office; my office is located in Arlington, Virginia. Among other things, the ODEO evaluates both formal and informal complaints of unlawful discrimination at the FDIC.

2. As Supervisory Equal Opportunity Specialist, I am permitted access to the official records maintained by the FDIC ODEO. Such records

        include, but are not limited to: reports which summarize EEO counseling efforts; formal administrative complaints of discrimination ("Administrative Complaints"), final agency decisions regarding Administrative Complaints, correspondence between the FDIC ODEO and individuals who file Administrative Complaints, and correspondence between the FDIC ODEO and the Equal Employment Opportunity Commission ("EEOC").

3. The statements made herein are based on my personal review of the records maintained by FDIC ODEO.

4. Based upon my review of FDIC ODEO records, Plaintiff herein, Dorothy Chappell-Johnson, has filed six (6) separate formal EEO complaints against the FDIC, as follows:

    1. Agency Docket No. FDICEO-990110, filed December 16, 1999;
    2. Agency Docket No. FDICEO-010036, filed on June 15, 2001;
    3. Agency Docket No. FDICEO-030026, filed September 9, 2003;
    4. Agency Docket No. FDICEO-040041, filed August 20, 2004;
    5. Agency Docket No. FDICEO-050017, filed April 12, 2005; and
    6. Agency Docket No. FDICEO-060022, filed on July 6, 2006.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 12, 2007.

/S/_____
SUSAN BERMAN