Federal Deposit Insurance Corporation
FORMAL COMPLAINT OF DISCRIMINATION
Agency Docket Number FDICEO-040041

RECEIVED AUG 20 [2004]
ODEO COMPLAINTS PROCESSING BRANCH

Note: This form is to be used if you believe you have been discriminated against because of race, color, national origin, sex, age, mental disability, physical disability, religion, reprisal, sexual orientation, parental status, or genetic Information. Read carefully the instructions of page 3 of this form prior to completion.

| Name of Complainant (Last, First, MI) | Position (Job Title/ Pay Plan/ Series/ Grade) |
|---|---|
| Chappell-Johnson, Dorothy, L | Human Resource Assistant CG 8/ |

| Home Address (Number Street, City, State, Zip Code) | Home Phone: 301-336-2098 |
|---|---|
| 901 Falls Lake Drive Mitchellville, MD 20721 | Work Phone: (703) 516-1251 |
| | Fax Number: (703) 516-1063 |
| | E-mail Address: |

| Organization Location/ Work Address | Name & Address of Office you believe discriminated against you |
|---|---|
| Division of Administration Human Resources Division Arlington, VA | Division of Administration Human Resources Division 1730 PA-Ave Washington, DC 20429 |

Complainant's Representative (If applicable)
Attorney: ☐ YES ☐ NO

Representative's Name:
Name of Firm (If applicable):

Address: 
Designation of Representative Form Completed and Attached ☐ YES ☐ NO
Phone:
Fax Number:

Basis(es) of Allegation(s) ("X" appropriate box(es) and specify)

- ☒ RACE (Specify): African American
- ☐ COLOR (Specify)
- ☐ NATION ORIGIN (Specify)
- ☐ Sex (Specify)
- ☐ DISABILITY (Specify)
- ☐ RELIGION (Specify)
- ☐ SEXUAL ORIENTATION
- ☐ PARENTAL STATUS (Specify)
- ☐ GENETIC INFORMATION (Specify)
- ☒ AGE (Specify date of birth) DOB: 11/24/1945
- ☒ REPRISAL for participating in any stage of an administrative or judicial proceeding covered by the antidiscrimination complaint statutes or for opposing any practice made unlawful by such statutes (Specify the protected activity and date). Prior EEO activity, 1998 & 2002

Claim(s) being complained of (Check appropriate box(es) and specify the date(s) the alleged discriminatory claim(s) occurred.)

| Claim(s) | Date | Claim(s) | Date | Claim(s) | Date |
|---|---|---|---|---|---|
| ☐ Appointment/Hire | | ☐ Harassment, non-sexual | | ☐ Reprimand | |
| ☐ Assignment/Duty | | ☐ Harassment, sexual | | ☐ Retirement | |
| ☐ Award | | ☐ Overtime | | ☐ Suspension | |
| ☐ Demotion | | ☐ Promotion | | ☐ Termination | |
| ☐ Disciplinary Action | | ☐ Reassignment/Transfer | | ☐ Time and Attendance | |
| ☐ Evaluation/Appraisal | | ☐ Reduction-In-Force | | ☐ Training | |
| ☐ Expiration of Appointment | | ☐ Reinstatement | | ☐ Working Conditions | |
| ☐ Other (Specify): Promotion, Reprisal, Age, Race | April, 2004 | | | | |

Have you raised this claim(s) in another forum (As a grievance or with the Merit System Protection Board or U.S. District Court)? ☐ YES ☒ NO
If Yes, specify the forum and give the date(s) filed:

Have all alleged discriminatory matters in this complaint been discussed with a FDIC EEO Counselor? ☒ YES ☐ NO

| Name of EEO Counselor: Gaye Walker | Date you received the Notice of Right to File a Formal Complaint: 08/09/2004 |
|---|---|

What corrective action are you seeking? To be awarded the promotion to a CG-11/12, retro-back pay the date of the selection, Attorney fees, and damages, and for EEO activity not to be held against me, such as reprisal.   Add promotion to the CG13

Complainant's Signature: [signature] Dorothy Chappell-Johnson
Date of Complaint: 8/20/04

EXHIBIT MSJ Ex "A"

FDIC 2710/01 (Reviewed 03/2004)   (See Page 3 for Filing Form and Privacy Act Statement)   Page 1 of 3

Federal Deposit Insurance Corporation
FORMAL COMPLAINT OF DISCRIMINATION
Agency Docket Number FDICEO-040041

CLAIM NUMBER 1

I believe that I suffered discrimination based on [choose one or more: race, color, national origin, sex, age, mental disability, physical disability, religion, reprisal, sexual orientation, parental status, or genetic information]
<u>Race, Age, Reprisal</u>, when on <u>April 6, 2004</u>, [Explain what happened]
   *(Basis(es))*          *(Date)*
I learned that Patricia Quattrone was selected for the Human Resource Specialist position that I applied for, interviewed for and once held for over 3 years. The position was filled by a younger white female from another agency.

[Provide names of involved management official(s) and or witnesses]
Shirley Purnell

[Explain why you believe the action was discriminatory, e.g. discriminatory statements, others who were treated more favorably, or any other reason(s)] It was discriminatory because of age, race and mainly reprisal. Numerous whites within the corporation have been favorited and selected in this same situation.

CLAIM NUMBER 2
[Use same format as for Claim Number 1 above] Attach additional sheets, if necessary.

This Claim is also based on race, age and reprisal due to prior EEO activity

---

DIC 2710/01 (Reviewed 03/2004)   (See Page 3 for Instructions in Completing Form and Privacy Act Statement)   Page 2 of 3