

**Federal Deposit Insurance Corporation**
801 17th St. NW Washington DC. 20434                                    Office of Diversity and Economic Opportunity

---

| | |
|---|---|
| DOROTHY CHAPPELL-JOHNSON, ) | |
| ) | |
| Complainant, ) | |
| ) | AGENCY DOCKET NO.: FDICEO-040041 |
| ) | |
| ) | DATE FILED: August 20, 2004 |
| ) | |
| FEDERAL DEPOSIT INSURANCE ) | |
| CORPORATION, ) | |
| ) | |
| Agency. ) | |

## REPORT OF INVESTIGATION

This Report is not to be distributed or duplicated without prior clearance by the Office of Diversity and Economic Opportunity. The contents of this Report must be safeguarded. Willful violation of these requirements is subject to criminal penalties. 5 U.S.C. § 552a(i).

EXHIBIT
MSJ
Ex "B"

                    Specialist, CG-14, Program Administration, Human Resources Branch, Division of Administration, dated November 26, 2004.

Exhibit E5:    Affidavit of Donna Sarrano (Caucasian, DOB: January 3, 1947, no prior EEO activity), Human Resources Specialist, CG-11, Operations Section, Human Resources Branch, Division of Administration, dated December 9, 2004.

Exhibit E6:    Affidavit of Brent Bracely, (African American, DOB: September 20, 1960, prior EEO activity), former Management Analyst, GS-12, Human Resources Branch, Division of Administration, FDIC, dated December 21, 2004.

Exhibit E7:    Affidavit of Judith Rice, (Caucasian, DOB: February 28, 1961, no prior EEO activity), Senior Human Resources Assistant, CG-8, Operations Section, Human Resources Branch, dated December 9, 2004.

**EXHIBIT F: MISCELLANEOUS MATERIAL**

Exhibit F1:    Organizational Charts:

    (a) Workforce profile for Human Resources Branch, Division of Administration as of April 6, 2004[1];

    (b) Relationship of Affiants, Human Resources Branch, as of April 6, 2004.

Exhibit F2:    Applicants' applications (OF 612) for Vacancy Announcement Number 2003-HQ-2419: Human Resources Specialist (Information Systems & Compensation)

    (a) Dorothy Chappell-Johnson, Complainant, (African American, DOB: November 25, 1945, prior EEO activity);

    (b) Patricia Quattrone, Selectee (Caucasian, DOB: March 18, 1962, no EEO data);

    (c) Applicant A (race unknown, DOB: February 19, 1971, no EEO data);

    (d) Applicant B (African American, DOB: August 20, 1961, no EEO data);

    (e) Applicant C (Asian American, DOB: April 29, 1955, no EEO data);

    (f) Applicant D (African American, DOB: September 26, 1963, no EEO data);

    (g) Control Report regarding Vacancy Announcement # 2003-HQ-2419 provides grade level qualification.

---

[1] The source of all documentation is Paul Sherman, Division of Administration, unless otherwise noted.