UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **DOROTHY CHAPPELL-JOHNSON** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) No. 1:06CV-00314-RCL |
| | ) |
| **MARTIN GRUENBERG** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Upon consideration of Defendant's Motion for Summary Judgment and all documents, evidence and argument in support thereof and any opposition thereto, it is hereby,

ORDERED that Defendant's Motion for Summary Judgment is GRANTED and Plaintiff shall take nothing by means of her complaint in this action,

IT IS FURTHER ORDERED that Defendant is hereby awarded its costs of suit incurred herein.

_____
UNITED STATES DISTRICT JUDGE