UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DOROTHY CHAPPELL-JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0314 (RCL) |
| MARTIN GRUENBERG, ) | |
|   Chairman, Federal Deposit ) | |
|   Insurance Corporation, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME
TO RESPOND DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff moves the Court for an enlargement of time of one week to file her opposition to defendant's motion for summary judgment. Plaintiff's opposition is currently due on September 6, 2007. Plaintiff requests that this date be extended until September 13, 2007.

The reason for plaintiff's motion is that plaintiff's counsel will be out of the office during the period August 31-September 6, 2007, to attend an extremely important family event in Connecticut, during which his second-oldest son will complete his first two years in the seminary and take formal vows to continue toward ordination as a Catholic priest. In addition, this will be the first time that all of plaintiff's counsel's immediate family (five children - ages 12, 14, 17, 19, and 21 - and parents) will be together since September 2004, particularly since the oldest child has been out of the United States for three years while attending seminaries in Ireland, Spain, and Italy.

Defendant's counsel consents to this motion for an enlargement of time.

          Respectfully submitted,

          ___/s/_____
          David H. Shapiro
          James E. Simpson
          SWICK & SHAPIRO, P.C.
          1225 Eye Street, N.W.
          Suite 1290
          Washington, D.C. 20005
          Tel. (202) 842-0300
          FAX (202) 842-1418

          Attorneys for Plaintiff