UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOROTHY CHAPPELL-JOHNSON ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 06-0314 (RCL) |
| ) | |
| MARTIN J. GRUENBERG, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER

UPON CONSIDERATION of the plaintiff's consent motion to enlarge the time to file her opposition to defendant's motion for summary judgment for a period of one week from September 6, 2007, to September 13, 2007, it is hereby

ORDERED that the plaintiff's consent motion be, and the same hereby is GRANTED; and it is

FURTHER ORDERED that the plaintiff shall file her opposition to defendant's motion for summary judgment on September 13, 2007.

_____
UNITED STATES DISTRICT JUDGE