UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOROTHY CHAPPELL-JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action Number 06-0314 (RCL) |
| | ) |
| MARTIN J. GRUENBERG, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

UPON CONSIDERATION of the plaintiff's consent motion to enlarge the time to file her opposition to defendant's motion for summary judgment for a period of one week from September 6, 2007, to September 13, 2007, it is hereby

ORDERED that the plaintiff's consent motion be, and the same hereby is GRANTED; and it is

FURTHER ORDERED that the plaintiff shall file her opposition to defendant's motion for summary judgment on September 13, 2007.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, on August 31, 2007.