# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **DOROTHY CHAPPELL-JOHNSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 06-0314 (RCL)** |
| **MARTIN GRUENBERG,** | ) | |
| **Chairman, Federal Deposit** | ) | |
| **Insurance Corporation,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JOINT MOTION FOR AN ENLARGEMENT OF TIME
## AND TO ADJUST SCHEDULING ORDER

The parties, by and through below counsel, hereby respectfully move this Court for a short enlargement of time for the plaintiff to file her opposition to defendant's motion for summary judgment, up to and including Friday, September 21, 2007, and for defendant to file his reply to plaintiff's opposition, up to and including October 12, 2007. Plaintiff's opposition is currently due on September 13, 2007, and defendant's reply is currently due on October 4, 2007.

The reasons for this joint motion include that plaintiff's counsel was out of the office during the period August 31-September 6, 2007, to attend an extremely important family event in Connecticut, and upon his return to the office will have been engaged in depositions for nearly three full days out of the last five work days in the matter of *Chowdhury v. FDIC*, C.A. No. 05-2368 (JGP). In addition, plaintiff's counsel is currently scheduled for a hearing on Wednesday, September 19, 2007, in the matter of *Duvall v. DHHS*, MSPB Docket No. DC-0752-07-0131-I-2. Therefore, the parties have agreed to move this Court for an additional eight calendar days for plaintiff to file her opposition to defendant's motion for summary judgment.

Defendant's counsel joins in this motion for an enlargement of time. Defendant's undersigned counsel is also engaged in discovery in the *Chowdhury* matter, *supra*, as Agency counsel; defendant's counsel is going to be in California from September 30, 2007 through October 8, 2007, on a family vacation which has been scheduled since April, 2007. Although defendant's counsel will be away from work during a portion of his proposed "Reply" period, set forth above, counsel does not anticipate any need to enlarge the "Reply" period beyond October 12, 2007.

The parties respectfully request that this Court grant their joint motion for an enlargement of time for the plaintiff to file her opposition to defendant's motion for summary judgment, up to and including Friday, September 21, 2007, and for defendant to file his reply to plaintiff's opposition, up to and including October 12, 2007.

Respectfully Submitted,

| | |
|---|---|
| /s/ | /s/ |
| David H. Shapiro, D.C. Bar # 961326 | Victor E. George, CA Bar # 89595 |
| James E. Simpson, D.C. Bar # 482870 | Federal Deposit Insurance Corporation |
| SWICK & SHAPIRO, P.C. | 3501 Fairfax Drive |
| 1225 Eye Street, N.W., Suite 1290 | Arlington, VA 22226 |
| Washington, D.C. 20005 | (703) 562-2395 |
| (202) 842-0300 | FAX (703) 562-2475 |
| FAX (202) 842-1418 | |
| | Attorneys for Defendant |
| Attorneys for Plaintiff | |