## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **DOROTHY CHAPPELL-JOHNSON** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | **Civil Action No. 06-0314 (RCL)** |
| | ) | |
| **MARTIN J. GRUENBERG,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## O R D E R

UPON CONSIDERATION of the parties' joint motion to enlarge the time for plaintiff to file her opposition to defendant's motion for summary judgment, up to and including Friday, September 21, 2007, and for defendant to file his reply to plaintiff's opposition, up to and including October 12, 2007, it is hereby

ORDERED that the parties' joint motion be, and the same hereby is GRANTED; and it is

FURTHER ORDERED that the plaintiff shall file her opposition to defendant's motion for summary judgment no later than Friday, September 21, 2007, and defendant shall file his reply to plaintiff's opposition no later than October 12, 2007.


_____

UNITED STATES DISTRICT JUDGE