UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| DOROTHY CHAPPELL-JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0314 (RCL) |
| MARTIN GRUENBERG, ) | |
| Chairman, Federal Deposit ) | |
| Insurance Corporation, ) | |
| ) | |
| Defendant. ) | |

## JOINT MOTION FOR AN ENLARGEMENT OF TIME
## AND TO ADJUST SCHEDULING ORDER

The parties, by and through below counsel, hereby respectfully move this Court for a short enlargement of time of one business day for the plaintiff to file her opposition to defendant's motion for summary judgment, up to and including Monday, September 24, 2007, and for defendant to file his reply to plaintiff's opposition, up to and including Monday, October 15, 2007. Plaintiff's opposition is currently due on September 21, 2007, and defendant's reply is currently due on October 12, 2007.[1]

The reasons for this joint motion include that although counsel has completed significant drafting of plaintiff's opposition, further revision is necessary to complete plaintiff's opposition. In addition, plaintiff's counsel was engaged in preparing for a hearing before the Merit Systems Protection Board in the matter of *Duvall v. DHHS*, MSPB Docket No. DC-0752-07-0131-I-2, which

---

[1] On September 12, 2007, the parties filed a joint motion to adjust the scheduling order and extend the time for plaintiff to file her opposition up to and including September 21, 2007, and for defendant to file a reply to that opposition until October 12, 2007. The Court has yet to grant that joint motion. The parties respectfully request that their previous joint motion be granted, *nunc pro tunc*, and that the instant motion also be granted.

was scheduled for Wednesday, September 19, 2007, but which settled on the eve of the hearing. Plaintiff's counsel was preparing for that hearing during the period September 15-18, as well as working on the opposition to summary judgment motion in the instant case. Therefore, the parties have agreed to move this Court for an additional one business day for plaintiff to file her opposition to defendant's motion for summary judgment.

The parties respectfully request that this Court grant their joint motion for an enlargement of time for the plaintiff to file her opposition to defendant's motion for summary judgment, up to and including Monday, September 24, 2007, and for defendant to file his reply to plaintiff's opposition, up to and including Monday, October 15, 2007.

Respectfully Submitted,

| /s/ | /s/ |
|---|---|
| David H. Shapiro, D.C. Bar # 961326 | Victor E. George, CA Bar # 89595 |
| James E. Simpson, D.C. Bar # 482870 | Federal Deposit Insurance Corporation |
| SWICK & SHAPIRO, P.C. | 3501 Fairfax Drive |
| 1225 Eye Street, N.W., Suite 1290 | Arlington, VA 22226 |
| Washington, D.C. 20005 | (703) 562-2395 |
| (202) 842-0300 | FAX (703) 562-2475 |
| FAX (202) 842-1418 | |
| | Attorneys for Defendant |
| Attorneys for Plaintiff | |