UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOROTHY CHAPPELL-JOHNSON )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MARTIN J. GRUENBERG, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 06-0314 (RCL) |

## ORDER

UPON CONSIDERATION of the parties' joint motion to enlarge the time by one business day for plaintiff to file her opposition to defendant's motion for summary judgment, up to and including Monday, September 24, 2007, and for defendant to file his reply to plaintiff's opposition, up to and including Monday, October 15, 2007, it is hereby

ORDERED that the parties' joint motion be, and the same hereby is GRANTED; and it is

FURTHER ORDERED that the plaintiff shall file her opposition to defendant's motion for summary judgment no later than Monday, September 24, 2007, and defendant shall file his reply to plaintiff's opposition no later than Monday, October 15, 2007.

_____
UNITED STATES DISTRICT JUDGE