# PLAINTIFF'S EXHIBIT 2

# *Dorothy Chappell-Johnson*
*901 Falls Lake Drive*
*Mitchellville, MD 20721*

*Office: (202) 942-3450*                             *Home: (240) 398-0580*

---

Federal Status CG 201/09
Personnel Management Specialist
SSN -
Citizenship: U.S.

---

Vacancy Announcement # 2003-HQ-2419
Human Resource Specialist (Information Systems & Compensation) CG 0201-11/12

### Professional Experience

| | |
|---|---|
| **Federal Deposit Insurance Corporation (FDIC)** | 01/04/97 to present |
| **Division of Administration** | 44/36 hours bi-weekly |
| **Personnel Services Section, Compensation unit** | Salary: |
| 55017th St. NW. Rm. PA 17030-6066 | |
| Washington, DC | |
| Supervisor: Dave Harrington (202) 942-3396 | |
| Supervisor may be contacted | |
| **Payroll/Personnel System Specialist** | 09/29/96 to 01/03/97 |
| **Personnel Management Specialist** | 01/03/97 to present |

- Compute and process pay for 6,000 employees, including salaries, overtime work claims, awards and other types of pay changes through an automated pay system.
- Develop and write standard operating procedures for the FDIC personnel division regarding unemployment & lump sum payments.
- Provide unit chief, assistant director, and personnel managers of service centers with management reports and information in a timely manner.
- Investigate and respond to a variety of recurring and complex issues such as compensation, pay, overtime including the Fair Labor Standard Act (FLSA) and other pay-related problems.
  I have processed over 1,500 FLSA cases within the last two years.
  Resolve complex compensation payroll/personnel problems such as dual lump sum payment, FLSA problems and back-pay problems.
- Respond to inquiries from management, employees and other agencies and outside officials.
- Provided senior management expert knowledge relating to pay issues and policy changes.

- Resolve staff and project issues and problems arising daily and develop a solution for each situation.
- Reconcile payroll/personnel reports and provide assistance to personnel offices with resolutions to complex problems. Examples include unemployment reports, waiver reports resulting from salary overpayment, and debt collection.
- Respond to written requests to approve and deny waivers of debt collection. These waiver cases were caused by erroneous overpayments of wages to the employees.
- Write standard operating procedures for lump sum payments and unemployment compensation for separated employees.
- Prepare monthly and quarterly reports for distribution to other FDIC personnel service centers.
- Assist with personnel management programs by presenting briefings to upper management about the performance appraisal program and how the program functions.
- Train management and other personnel specialists on using the appraisal system.
- Prepared a pamphlet that contains unemployment procedures of the FDIC and its contractors.
- Respond to highly sensitive issues from upper management by letter, e-mail and telephone.
- Coordinate and conduct briefings, in addition to training upper management staff on compensation programs.
- Develop a knowledge and ability of classification (to classify) and master records.
- Develop pay setting ability and procedures.

**Supervisor, Payroll/Personnel System Specialist**    06/17/90 to 4/92
CG301/09
**(Chief) Supervisor, Payroll/Personnel System Specialist**    04/92 to 09/28/96
CG 301/11
Supervisor:  Mary Anderson (Deceased)
              Natalie Tyce (202) 942-3448
              May be contacted

- Supervised an office of eight payroll assistants and one clerk typist.
- Trained and assisted the staff in responding to a variety of personnel and payroll related issues, OPM policies and guidelines.
- Coordinated and recommended changes in the work assignments and work schedules of the staff.
- Analyzed the staff resources and coordinated pay changes with the National Finance Center (NFC).
- Served as a Liaison with the NFC and the FDIC payroll/personnel operations section, conducting and resolving broad band analyses of the National Finance Center and recommending solutions to complex problems.

- Resolved complex problems such as payroll/personnel issues, pay issues, state and federal tax matters and research state and federal tax laws, health benefit and life insurance (federal and FDIC) issues.
- Reviewed and approved salary advances, AD-343's, 354's and other forms of pay
- Modified work methods and guidelines to be used by the staff based on policy and system changes, which may affect the payroll unit.
- Served as a senior technical advisor on payroll/personnel operation matters.
- Resolved and responded to congressional inquiries with reference to compensation pay, and other payroll/personnel sensitive problems.
- Made salary payments to executive-level staff including the withholding of benefits and taxes.
- Reviewed, analyzed and processed court order assigned documents against the FDIC.
- Resolved most difficult and sensitive issues involving executive level appointees.
- Responded to inquiries from executive level, management, employees and other agencies and outside officials, such as debt collection agencies, court officials, banks and loan companies, and federal personnel sections.
- Prepared reinstatement, discrimination cases, and back pay settlement cases against former and present employees as well as a variety of garnishments, such as child support, defaulted educational loans, bankruptcies, IRS levy's and private sector debts against the employees' wages.
- Authorized retroactive payments to employees resulting from discrimination complaints, lawsuits and higher duty work claims and other actions against the corporation resulting in compensation and pay.
- Developed a knowledge of and ability to interpret and apply Federal and FDIC regulations.
- Developed SOP's for misplaced lost or stolen bonds.
- Prepared audits of corporation pay and payroll/personnel operations to assure accuracy of senior management, executive-level and other FDIC employees.
- Developed a thorough knowledge of the operating capacity and characteristics of the NFC payroll/personnel system.
- Manually paid employee salaries not included in the automated payroll system.
- Input payroll and personnel documents in to database system.
- Prepared and input data to run the SINQ report.
- Reviewed and corrected errors from the NFC SINQ report.
- Communicated orally and in writing and worked effectively with management officials, employees and representatives of other agencies and the public.
- Interviewed and hired payroll/personnel assistants.
- Completed oral and written evaluations for the payroll/personnel assistants.
- Collected, organized, and analyzed technical data to resolve system problems.
- Reviewed SF52s for accuracy and processed payroll and personnel actions.
- Reviewed SF 50s and set necessary pay adjustment.
- Completed and adjusted leave audits and leave transfer balances.
- Reviewed and approved Payment authorization vouchers better know as salary Advances.

- Researched and requested replacement for lost, stolen or missing bonds and prepared AD-343s to request all types of manual payroll/personnel payments from NFC by quick service wire.
- Reviewed and authorized salary corrections caused by NFC system errors.
- Reviewed and certified all documentation including forms sent to NFC.
- Prepared AD-353s to NFC to collect additional personnel/payroll information.
- Calculated and prepared retirement computations (cards) for separating employees and explained retirement benefits.
- Calculated health and life benefits for employees.
- Developed an ability to interpret the Federal Personnel Manual, 296-33, Code of Federal Regulations (CFR), Personnel, the Debt Collection Act, and the Fair Labor Standards Act as well as other federal regulations and policies involving compensation pay and other matters.

## Education and Certificates

Certificate: General Business, 1970     Johnston Technical Institute
                                         Smithfield, NC

North Carolina Central University, 1964-1968     Durham, NC
Sociology and Psychology

Attended Johnston Central High School     Smithfield, NC 27577
(Graduated 1964)

## Professional Training

Compensation Specialist, July, 1991
An Overview of the Thrift Savings Plan, August 1991
Communication Styles for Professionals, April 1994
Correspondence Control Manager, July 1994
Fair Labor Standard Act Training, 1995
Payroll/Personnel Operational Procedures, June 1995
Payroll/Personnel Operations Training, October 1995
Clear Writing through Critical Thinking
Fundamentals of Writing, June 1997
Proofreading, June 1999
Effective Communication with Customers, August 1999
PERFORM, 1999 (An automated performance system)
Ability to Communicate in Writing, March 2000
Performance Management
CHRIS Training
Classification and Staffing Training (Late 1980's)
Member of Toastmasters International

## Honors and Awards

Special Achievement Award, January, 1991
Special Achievement Award, December, 1991
Special Act, 1996
Star Award, 1996
Special Act, 1997
Star Award, June, 1998
Star Award, November, 1998
Star Award, 2000
Star Award, 2001
Toastmaster's Trophy, 2001
Awards received before 1990 available upon request.

Announcement # 2003-HQ-2419

**QUALITY RANKING FACTORS (DESIRABLE KNOWLEDGE, SKILLS AND ABILITIES):**

1. **Knowledge of US. Office of Personnel Management regulations, guidelines and pertinent laws concerning compensation and pay administration.**

   As a Payroll/Personnel System Specialist (supervisor) and as a Personnel Management specialist I became knowledgeable of the Office of Personnel Management (OPM) regulations, guidelines and pertinent laws concerning compensation and pay administration. For example, I used these regulations guidelines and laws when completing garnishment cases on employees. I also used them in computing general pay scales, locality pay, special salary rates, overtime, and interest on back pay compensation in relation to student loans, annual and sick leave and the laws that govern military leave for employees resulting in pay.

   Developed an ability to interpret the Federal Personnel Manual, 296-33, Code of Federal Regulations (CFR), Personnel, the Debt Collection Act, and the Fair Labor Standards Act as well as other federal regulations and policies involving compensation pay and other matters.

   I used my knowledge as a Payroll Personnel System Specialist and as a Personnel Management Specialist to research OPM regulations, and laws concerning compensation and pay administration while working with Fair Labor Standard Act (FLSA) payments the waiver program and other pay administration issues. I used my knowledge to interpret and apply US OPM code of Federal regulation as well as other federal regulations, guidelines and pertinent laws involving compensation and pay matters. While working with the waiver program I assisted in writing guidelines for employees who wish to file for waivers of debts. Later, a waiver circular was distributed. I researched US OPM in order to assist in writing the waiver circular. I prepared standard operating procedures for dual lumps sum annual leave payments.

2. **Knowledge of the National Finance Center (NFC) payroll/personnel system.**

   As a Payroll/Personnel System Specialist and as a Personnel Management Specialist, I have excellent knowledge of the of the NFC payroll/personnel system. For example, I inputted payroll documents and personnel actions into the NFC system daily. I resolved numerous pay system problems such pay adjustments and federal and state tax issues. I used the NFC system to generate reports and make corrections to SINQ error and CULPRIT reports. I used the NFC system to research employee's indebtness, perform employees' system inquiries and to assist in resolving numerous payroll/personnel matters. I used the NFC system to check

employees' benefits such as, life and health insurance, reviewing and resolving promotions, back pay payments, to make salary adjustments and resolve salary issues, garnishments, child support, annual and sick leave adjustment, restored leave, FLSA payments, and unemployment problem. I used and continues to use the system on a daily basis to restore and resolve many payroll/personnel matters.

3. **Ability to conduct comprehensive analyses of automated human resource information systems.**

   As a Payroll/Personnel System Specialist, I conducted comprehensive analyses of the automated human resource information systems while working with the Personnel Action Request System (PARS). I trained and learned the techniques and art of the system. I input personnel actions through the (PARS) system and routed them to others. I trained for the CHRIS system. In addition I worked with the automated PERFORM appraisal system and with the NFC system. I have used the automated human resource information system to adjust annual and sick leave, restored leave, time and attendance, and other leave issue. In addition, to researching pay issues such as back pay cases, FLSA cases lawsuits, tax issues and working with the different pay scales, pay rates and pay changes. I use the NFC inquiry system to query all payroll/personnel matters of concern.

4. **Ability to analyze, evaluate and make recommendations to senior level management officials.**

   In my position as a Personnel Payroll System Specialist and as a Personnel Management Specialist, I worked on several projects that required me to make recommendations to senior level management officials. For example, during the time that I contracted out the unemployment program, I analyzed and evaluated the proposals of different companies and made recommendations to contract with The Frick Company now know as TALX UC Express. I accomplished this by researching the US OPM standards and FDIC standards and by calling other government agencies to see if their UCFE was done within or by contract. I compared various company ratings, discussed the ratings with management and made my recommendations. I made recommendations to management that Standard Operating Procedures (SOP') should be in place for this program to be a success. I wrote the SOP's of the unemployment program and SOP's for the dual lump sum annual leave. I recommended that I conduct audio-visual briefing for headquarters and the regional offices periodically, about unemployment and TALX UC Express until the offices get a better understanding of TALX UC Express and the unemployment program guidelines.

   After analyzes the bond issues I made recommendations to management that I research and write guidelines and procedures for replacement of misplaced, lost or stolen bonds. This was completed and presented in a basic manual concerning titled, Misplaced, Lost or Stolen bond procedures.

5. **Ability to establish and maintain customer service and smooth working relationships with a variety of offices and individuals at all levels.**

As a Payroll/Personnel System Specialist and as a Personnel management Specialist I established and maintained customer service and smooth working relationships with a variety of offices and individuals at all level. During my involvement with the Fair Labor Standard Act (FLSA) project, I talked with the FDIC employees' and attorneys when I encountered problems. I spoke with them in a professional manner when resolving the problems. For example, when the employees filed claims for overtime hours and these were found to be in error, I called as well as e-mailed the attorney's to inform them of these errors. I also, maintained a working relationship of communication constantly with the National Treasury Employees' Union (NTEU) to assist in resolving issues. Employees were informed when the claimed filed could not be accepted. I worked to achieve a smooth working relationship with a variety of offices and individuals at all levels. In addition I used my customer service skill to reflect a smooth working relationship with such federal agencies such as the Department of Labor (DOL), The Office of Personnel Management (OPM), USDA, Department of Agriculture and other federal agencies.

I communicated with executive level, supervisors and employees regularly to resolve pay issue. This communication resulted in excellent customers' service relationship and a smooth working relationship. I presented training sessions for senior management and all levels of employees on the PERFORM appraisal system. When I received calls from senior staff or employees with questions about the system I would explain in detail how it worked. If they continued to have questions, I would go to their offices to give them direct assistances on a continued basis until they became knowledgeable of the system and to work independently. I continued to maintain this relationship by setting up a personnel team of representatives from each region to work on the performance appraisal criteria. I trained the OIG senior staff on the unemployment program and I continued to maintain this relationship by using excellent customer service skills on a daily basis with all levels of employees.