# PLAINTIFF'S EXHIBIT 3

# FEDERAL DEPOSIT INSURANCE CORPORATION
## POSITION DESCRIPTION

| For Official Use Only | 1. Check one: Dept'l ☐ Field ☐ | 2. Official headquarters: | 4. Staffing Table No. L24D91 |
|---|---|---|---|
| EXEMPT / FAIR LABOR STANDARDS ACT | 3. Reason for submission: (a) If this position replaces another (i.e., a change of duties in an existing position), identify such position by title, allocation (service, series, grade), and position number. | | 5. O.P.M. Certification No. |
| | | | 6. Date of certification |
| 8. CLASSIFICATION ACTION | (b) Other (specify) | | 7. Date received from O.P.M. |

| ALLOCATION | CLASS, TITLE OF POSITION | CLASS SERVICE | SERIES | GRADE | INITIALS | DATE |
|---|---|---|---|---|---|---|
| (a) F.D.I.C. | Supervisory Payroll/Personnel Systems Specialist | GG | 301 | 11 | AS | 11-5-9 |
| (b) U.S. Office of Personnel Management | | | | | | |
| (c) Recommended by initiating office | | | | | | |

| 9. Organizational title of position (if any) Chief, Payroll Operations Unit | 10. Name of employee (if vacancy, specify) Chappelle-Johnson, Dorothy |
|---|---|
| 11. Organizational location Federal Deposit Insurance Corporation | (c) Third subdivision Operations Section |
| (a) First subdivision Office of Personnel Management | (d) Fourth subdivision Payroll Operations Unit |
| (b) Second subdivision Operations and Compensation Branch | (e) Fifth subdivision |
| 12. This is a complete and accurate description of the duties and responsibilities of my position | SIGNATURE OF EMPLOYEE | DATE |

13. I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out government functions for which I am responsible. This certification is made with the knowledge that this information is to be used for statutory purposes relating to appointment and payment of Corporation funds, and that false or misleading statements may constitute violations of such statutes or their implementing regulations.

Signature of Immediate Supervisor     Date
Title:

| 14. Signature of Division/Office Director or designated representative | 15. Signature of Director of Personnel or designated representative |
|---|---|
| (Signature)    (Date) | (Signature) 11-6-92  (Date) |
| Title: Chief, Operations & Compensation Branch | Title: Director of Personnel |

16. Remarks

17. DESCRIPTION OF MAJOR DUTIES AND RESPONSIBILITIES (SEE ATTACHED)

FDIC 2000/10 (9-81)

FEDERAL DEPOSIT INSURANCE CORPORATION
POSITION DESCRIPTION

Classification:         Supervisory, Payroll/Personnel System
                        Specialist, GG-301-11

Organizational Title:   Chief, Personnel Operations Unit or,
                        Chief, Payroll Operations Unit

Location:               Office of Personnel Management
                        Operations and Compensation Branch
                        Operations Section
                        Personnel Operations Unit or
                        Payroll Operations Unit

The incumbent of this position serves as one of two Supervisory Payroll/Personnel Systems Specialists in the Payroll/Personnel Operations Section with responsibility for performing a variety of professional and technical support duties in connection with the processing of the full range of personnel actions and payroll documents.

Organizes projects and ongoing assignments, plans and assigns work to meet schedules and deadlines for regular and peak periods. Adjusts previously planned work schedules in order to meet processing time requirements and to provide for unexpected changes in workload.

Investigates and response to a variety of recurring and complex inquiries regarding payroll and/or personnel matters; oversees the computation and processing of variety of salary related payments which must be paid manually; reconciles payroll/personnel suspense reports; provides advice, guidance and assistance to administrative personnel in the resolution of complex payroll and personnel processing problems; interprets external processing procedures and reports; and, participates in the testing and implementation of system modifications and changes.

Participates with higher level supervisors and other management officials in discussions which contribute to the design and development of various systems or procedures to improve the operating efficiency and effectiveness of the Unit.

Performs a key function in the cross-training of staff in the personnel and payroll operations functions and in Section quality control activities.

Maintains contacts with representatives from Offices/Divisions throughout the Corporation to identify and resolve payroll/personnel related issues and problems.

- 2 -

Performs system and manual quality control reviews to check the accuracy of input and output information. Ensures the accurate and timely input and retrieval of data by Unit employees for all payroll and personnel actions. Develops standard procedures and policies for operating the automated payroll/personnel system, and devises new methods to accomplish work objectives. Ensures that all necessary corrections are made in a timely manner by appropriate subordinate employees.

Communicates Unit plans, policies, goals, and objectives to subordinates and discusses roles and responsibilities needed for meeting these goals.

Continuously reviews new and/or revised regulatory material such as Federal and Corporation personnel and pay regulations, NFC Directives and, Comptroller General Decisions, etc. As required issues written and/or oral instructions and special procedures to clarify published guidelines.

Contacts representatives of the NFC to discuss and resolve day-to-day problems and activities and coordinates their resolution. Advises subordinates of changes/enhancements to the system, as well as changes to system policies and procedures.

Utilizes the PINQ inquiry system and the FOCUS/CULPRIT system in order to produce reports on a regular or ad hoc basis; this requires in-depth knowledge of the NFC system or order to obtain the desired information in a useable format.

Exercise personnel management responsibilities over subordinate employees; plans and directs the work to accomplished based on priorities, consideration of capabilities of the staff and requirements of assignments; interviews candidates for position vacancies and provides recommendations to the Section Chief for appointments, promotions and reassignments; prepares formal performance evaluations of subordinates; advises and counsels employees on work-related problems; participates with personnel specialists in resolving grievances; and provides guidance to subordinates on administrative and technical matters. Identifies developmental needs of employees and provides for on-the-job instruction or formal training in cooperation with the Office of Training and Educational Services. Reviews completed work for accuracy, adequacy and conformance with applicable laws and regulations.

Perform other related duties as assigned.

Factor 1, Knowledge Required by the Position

Ability to manage and direct the work of others.

Thorough knowledge of and ability to interpret and apply Federal and Corporation rules, regulations, and guidelines associated with the processing of payroll and/or personnel actions.

Thorough knowledge of the operating capabilities and characteristics of the NFC payroll/personnel system to supervise and direct the work of staff members in the processing of payroll and/or personnel actions.

Demonstrated ability to communicate oral and in writing and deal effectively with management officials, employees, representatives of other agencies and the public.

Ability to collect, analyze, and organize technical data for problem resolution, system improvement purposes and reporting requirements.

Demonstrated ability to work effectively in a supervisory capacity.

Factor 2, Supervisory Controls

The incumbent works under the general supervision of the Chief, Operations Section who defines broad objectives and operational deadlines. The incumbent is responsible for independently planning and carrying out assignments, exercising considerable judgment and initiative. The incumbent must be able to solve complex problems as they arise. Assignments are accepted as technically correct and are reviewed only for appropriateness, effectiveness of presentation, and soundness of judgment.

Factor 3, Guidelines

Guidelines include USOPM and Corporation rules and regulations, NFC payroll/personnel processing manuals, Comptroller General Decisions, and other legal and regulatory issuances. While guidelines cover most procedural questions, written guides are not available for identifying system operational problems and for establishing new or revised work methods. The incumbent must exercise sound judgment in determining the appropriateness or applicability of the guidelines to the problem or devising alternative solutions.

Factor 4, Complexity

Assignments encompass the total range of problems associated with the processing of payroll and personnel actions. Incumbent provides technical advice to all levels of officials and employees and provides assistance to subordinate employees on unusual, complex and precedent setting issues.

- 4 -

### Factor 5, Scope and Effect

The accuracy and reliability of the incumbent's work has an overall impact on the payroll/personnel information system and related actions. Advice and guidance provided by the incumbent has a significant impact on the day-to-day operations of the Section.

### Factor 6, Personal Contacts

Contacts include employees at all levels of the Corporation, representatives of the National Finance Center, and employees from other Federal agencies.

### Factor 7, Purpose of Contacts

Contacts are primarily to provide technical solutions to operating problems and to exchange information and data relative to the processing of payroll and personnel documents.

### Factor 8, Physical Demands

There are no special physical requirements.

### Factor 9, Work Environment

Work is performed in an office setting.