# PLAINTIFF'S EXHIBIT 7

# Federal Deposit Insurance Corporation
## CANDIDATE SELECTION RECOMMENDATION

INSTRUCTIONS: Please review the guidance on appropriate documentation prior to completing this form.

1. The Selecting Official completes a separate form for each candidate selected and retains a photocopy with your selection interview file.
2. The Selecting Official includes the completed form(s) with the case file (rosters, applications, etc.) and transmits to the Approving Official for final decision. The Approving Official indicates decision(s) on rosters, not on this form.
3. The Approving Official returns this form with the complete file to the servicing Human Resources Officer for concurrence.

### SECTION I – POSITION INFORMATION

| Position Title/Series/Grade | Vacancy Announcement Number |
|---|---|
| HR Specialist (Info Systems and Payroll), CG-0201-12 | 2003-HQ-2419 |

### SECTION II – SELECTION INFORMATION

| Name of Candidate Selected | Grade Level for Proposed Selection |
|---|---|
| Patricia A. Quattrone | CG-12 |
| Duty Location for Proposed Selection | Recommended Start Date |
| Washington, DC | 03/21/04 |

### SECTION III - JUSTIFICATION

Selection of the candidate named above is based on criteria set forth in the vacancy announcement as follows:

Ms. Quattrone demonstrated in her application and interview that she has in depth knowledge of U.S. Office of Personnel Management regulations, guidelines, and pertinent laws governing compensation and pay administration. In addition, she is responsible for ensuring the accuracy of the pay of Foreign Service Officers entitled to a wide variety allowances and differentials. She is responsible for keeping abreast of changes and updates related to pay issues from the U.S. State Department. She researches highly complex pay problems involving general pay and premium pay issues. Ms. Quattrone uses the National Finance Center's (NFC) automated payroll systems to search and resolve a variety of pay and leave issues. She has been responsible for analyzing and interpreting changes to pay policy and evaluating the impact on payroll processes and the anticipated impact to NFC systems. Ms. Quattrone is responsible for providing timely advice and assistance to Foreign Service Officers, Foreign National employees and others—providing guidance, assistance, and instructions on leave usage, pay and allowance entitlements and a wide variety of other issues to employees that are located overseas.

### SECTION IV – SIGNATURE OF SELECTING OFFICIAL

Form Prepared By:

| Name (Print or Type) | Title |
|---|---|
| Shirley Y. Purnell | Asst. Director, HR Service Center |

Telephone Number of Selecting Official

(202) 942-3077

Signature: /Shirley Y. Purnell/    Date: 3-5-04

Signature of Concurring Human Resources Officer    Date: 3/5/04

FDIC 2100/15 (4-03)