**PLAINTIFF'S EXHIBIT 8**

**FDIC** FEDERAL DEPOSIT INSURANCE CORPORATION
INSURING AMERICA'S FUTURE

QUICK LINKS FOR Bankers

SEARCH THE SITE

| DEPOSIT INSURANCE | CONSUMER PROTECTION | INDUSTRY ANALYSIS | REGULATION & EXAMINATIONS | ASSET SALES | NEWS & EVENTS |

| | |
|---|---|
| **VACANCY ANNOUNCEMENT:** | 2003-HQ-2419 |
| **OPENING DATE:** | 11/20/2003 |
| **CLOSING DATE:** | 12/5/2003 |
| **POSITION:** | HUMAN RESOURCES SPEC. (INFORMATION SYSTEMS & COMPENSATION) |
| **PAY PLAN-SERIES GRADE:** | CG-0201-11/12 |
| **FULL PERFORMANCE LEVEL:** | CG-12 |
| **GRADE AND SALARY RANGE:** | 11  $58,540 - $88,748<br>12  $66,472 - $100,773<br><br>The salary range reflects total compensation including basic pay and applicable locality adjustment. |
| **LOCATION:** | Division of Administration<br>Washington DC Metro Area, DC |
| **POSITION OPEN TO:** | Status Candidates |
| **NUMBER OF VACANCIES:** | 1 |
| **AREA OF CONSIDERATION:** | Nationwide |
| **TYPE OF APPOINTMENT:** | PERMANENT COMPETITIVE SERVICE |

This position is located in the Division of Administration, Human Resources Branch, HR Service Center, Operations, Washington, DC.

Pursuant to the Veterans Employment Opportunities Act of 1998 as amended, veterans who are preference eligibles OR who have been separated from the armed forces under honorable conditions after completing substantially three years or more of continuous active service may apply for this position. You must include a copy of your DD 214. Candidates selected under these provisions will be given career conditional (or career) appointments. Qualified non-status candidates may be considered under both merit promotion and competitive examining when they submit two applications with one clearly marked For VEOA and one marked for competitive examining.

**CONDITIONS OF APPOINTMENT:**

The FDIC is barred from accepting or considering political recommendations regarding appointment or any other personnel action by 5 USC 3303; any violation of the bar on recommendations is a prohibited personnel action. The FDIC is obligated to take appropriate adverse action against employees who solicit, or Corporation officials who consider prohibited political recommendations.

Candidates who are tentatively identified for appointment must meet suitability requirements for Federal employment prior to appointment. FDIC may request applicant to provide additional information prior to making a formal offer of employment, as required by 12 CFR Part 336.

This agency provides reasonable accommodation to applicants with disabilties where appropriate. If you need a reasonable accommodation for any part of the application and hiring process, please notify Greg Cofer, Deputy Director of FDIC's Office of Diversity and Economic Opportunity on (202) 416-4482. Determinations on requests for reasonable accommodation will be made on a case-by-case basis.

Position Sensitivity: Low Risk--National Agency Check Investigation (NACI) Required. See FDIC Circular 2120.1, a 165 Kb Microsoft Word (registered trademark) file. (See MS Word help.).

Relocation benefits may be applicable in accordance with FDIC's General Travel Regulations administered by the Division of Finance. Anyone selected for this position with a question regarding relocation should contact the Administrative Officer in the division or office.

**SUMMARY OF DUTIES:**

Serves as senior technical advisor on payroll/personnel operations and undertakes trouble-shooting assignments involving the most difficult and sensitive issues. Serves as technical resources in the development of HR policies, procedures and guidelines affecting the Corporate Human Resource Information System (CHRIS). Assists in conducting broad analyses of the National Finance Center (NFC) system, defining issues and recommending solutions to complex operational problems. Serves as Liaison with officials at the NFC to solve broad and complex information systems and compensation-related problems. Responds to inquiries from employees, management officials and outside groups, including the Congress, recognized labor organizations, and others concerning HR systems and compensation-related issues. Reviews and approves salary advances, authorizes payments for corrections to NFC system errors, and authorizes retroactive payments to employees resulting from lawsuits, discrimination complaints, and other actions taken against the Corporation in which employees are entitled to settlements. Coordinates and conducts audits of Corporation pay and personnel operations activities and to validate the accuracy of financial/pay information provided in the disclosure documents of Corporation executives at the highest levels. Provides senior level expertise in pay issues and prepares policy changes. Develops standard operating procedures on new methods to accomplish work objectives.
**QUALIFICATION REQUIRED: US CITIZENSHIP IS REQUIRED.**

CG-11
Candidates must have one year of specialized experience equivalent to the next lower grade level (CG-09). SPECIALIZED EXPERIENCE is experience directly related to the position to be filled and which has equipped the candidate with the knowledge, skills and abilities related to providing professional and technical expertise in information systems and compensation-related services.

CG-12
Candidates must have one year of specialized experience equivalent to the next lower grade level (CG-11). SPECIALIZED EXPERIENCE is experience directly related to the position to be filled and which has equipped the candidate with the knowledge, skills and abilities related to providing professional and technical expertise in information systems and compensation-related services.

**QUALITY RANKING FACTORS (DESIRABLE KNOWLEDGE, SKILLS AND ABILITIES):**

1. Knowledge of U.S. Office of Personnel Management regulations, guidelines, and pertinent laws concerning compensation and pay administration.

2. Knowledge of the National Finance Center (NFC) payroll/personnel system.

3. Ability to conduct comprehensive analyses of automated human resource information systems.

4. Ability to analyze, evaluate and make recommendations to senior level management officials.

5. Ability to establish and maintain customer service and smooth working relationships with a variety of offices and individuals at all levels.

**EVALUATION METHODS:**

Applicants will be evaluated on the basis of information provided in their application package as to their paid or volunteer experience, training, self-development and awards; knowledge, skills and abilities; and, performance appraisals. Failure to provide specific information regarding the selective and/or quality ranking factors described in this vacancy announcement could result in your application not being referred to the selecting official for consideration.

**FDIC AND INTERAGENCY CAREER TRANSITION ASSISTANCE PLAN (CTAP AND ICTAP):**

Individuals who have special priority selection rights under the FDIC Career Transition Assistance Plan (CTAP) or the Interagency Career Transition Assistance Plan (ICTAP) must be well-qualified for the position to receive consideration for special selection priority. CTAP and ICTAP eligibles will be considered well-qualified if they possess the knowledge, skills, and abilities which clearly exceed the minimum requirements of the position. A well-qualified CTAP or ICTAP eligible must be able to satisfactory perform the duties of the position upon entry without additional training.

Federal employees seeking CTAP/ICTAP eligibility must submit proof that they meet the requirements of 5 CFR 330.605 for CTAP and 5 CFR 330.704 for ICTAP. This includes a copy of the agency notice, a copy of their most recent Performance Rating and a copy of their most recent SF-50 noting current position, grade level, and duty location. Please annotate your application to reflect that you are applying as a CTAP or ICTAP eligible. Check the fact sheet links available on our Careers at FDIC web site for further information about the programs.

**HOW TO APPLY:**

All application material for each position must be included with your original submission. FDIC is not responsible for adding supplemental information to your original submissions.

We recommend that you include with your application, descriptions or examples of experience which demonstrate your possession of the knowledge, skills and abilities identified in the qualification requirements and ranking factor sections of this vacancy announcement.

Facsimile and electronic (e-mail; disk) transmittals cannot be accepted.

Applications submitted in Government franked envelopes will not receive consideration.

1. In order to apply, you need to submit **one** of the following documents:

*OF 612, Optional Application for Federal Employment, (You can get this form at the OPM site in both Word and PDF Format: CLICK HERE.);

*SF-171, Application for Federal Employment;

*Your resume.

2. Whichever document you submit must include all of the following information:

*The position title and announcement number on the first page of your application;

*Your name, address, Social Security Number, telephone numbers where you can be reached during the day, and citizenship.

*All FDIC applicants are requested to submit a current appraisal with their application package.

*Applicants entitled to receive consideration as status candidates who are not currently permanent, competitive service FDIC employees should submit a copy of their most recent SF-50, Notification of Personnel Action, which documents eligibility for competitive service reinstatement or transfer.

POSTAL MAILING ADDRESS FOR APPLICATIONS: Human Resources Service Center, 3501 Fairfax Drive, HRB (PA-1730-5007), Arlington, VA 22226

WALK-IN ADDRESS FOR APPLICATIONS: FDIC Human Resources Branch, 1730 Pennsylvania Avenue, NW,
5th Floor, Washington, DC

Specific questions about this announcement or application procedures should be addressed to the Human Resources Service Center at (202) 942-3626. When making an inquiry concerning a position, please reference the position announcement number.

Applicants can help the FDIC measure the effectiveness of outreach and communication efforts by completing the attached "Applicant Background Questionnaire." Completion of this form is strictly voluntary and will have no effect on hiring decisions. If you do not currently work for the FDIC and are interested in completing the questionnaire, please CLICK HERE, complete the form and mail it in a separate envelope along with your application. If you don't have access to the web and would like a copy of the form, please contact the Human Resources Service Center at the number/address listed in this announcement. Thank you.

To open the "Applicant Background Questionnaire" form you must have Acrobat Reader . To install Acrobat Reader proceed to: http://www.adobe.com/products/acrobat/readstep.html

FDIC is recognized as one of the Best Workplaces for Commuters by the Greater Washington Region's Best Workplace for Commuters Coalition.

| | |
|---|---|
| **MAILING ADDRESS FOR APPLICATIONS:** | Human Resources Service Center 3501 Fairfax Drive HRB (PA-1730-5007) Arlington, VA 22226 |
| **WALK-IN ADDRESS:** | FDIC Human Resources Branch 1730 Pennsylvania Avenue, NW 5th Floor Washington DC 20429-9990 |

**YOUR APPLICATION MUST BE POSTMARKED BY 12/5/2003**

**FDIC is an equal opportunity employer.**

**Applications will be considered without regard to race,
color, religion, gender, national origin, age, marital status,
disability, political affiliation, sexual orientation,
or any other non-merit factor.**

IJ0905A/001632

Return to Careers at FDIC

Careers at FDIC