**PLAINTIFF'S EXHIBIT 9**

Federal Deposit Insurance Corporation

# POSITION DESCRIPTION

| FOR OFFICIAL USE ONLY | 1. Check one: HQ ☒ Field ☐ | 2. Official Headquarters | 3. Master Record Number 35W540 |
|---|---|---|---|
| Supervisory Code: 8 Bargaining Unit Code: 8888 FLSA Designation: Non-Exempt ☒ Exempt ☐ Position Sensitivity Code: N FI-DS-H | 4. Reason for submission (a) If this position replaces another (i.e., a change of duties in an existing position), identify such position by title, allocation (service, series, grade), and master record number. Revised Position Description, Title, Series, and Grade - Classification Audit ||| 
| | (b) Other *(specify)* Previously - Payroll/Personnel Systems Specialist, CG-0301-09 (35W061) |||

### 5. CLASSIFICATION ACTION

| ALLOCATION | CLASS, TITLE OF POSITION | CLASS Pay Plan | Series | Grade | Initials | Date |
|---|---|---|---|---|---|---|
| (a) FDIC | HR Spec (Info. Sys. & Compensation) | CG | 0201 | 11 | TBH | 11/27/0 |
| (b) Recommended by initiating office | | | | | | |

| 6. Organizational title of position *(if any)* | 7. Name of Employee *(If vacancy, specify)* |
|---|---|
| 8. Organizational Location Division of Administration | (c) Third Subdivision Operations |
| (a) First Subdivision Human Resources Branch | (d) Fourth Subdivision |
| (b) Second Subdivision HR Service Center | (e) Fifth Subdivision |
| 9. This is a complete and accurate description of the duties and responsibilities of my position | Signature of Employee | Date |

10. Certification

I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out government functions for which I am responsible. This certification is made with the knowledge that this information is to be used for statutory purposes relating to appointment and payment of Corporation funds, and that false or misleading statements may constitute violations of such statutes or their implementing regulations.

| 11. Immediate Supervisor's Signature | Title | Date |
|---|---|---|
| 12. Division/Office Director's Signature *(or designee)* Carolyn Jordan Smith | Title Acting Assoc Director, HR | Date 12/05/02 |
| 13. Associate Director's Signature or Designated Representative | Title Senior HR Spec. | Date 11/27/2002 |

14. Remarks
FPL = CG-11

SOC = 13-1062

**NOTE: ATTACH A DESCRIPTION OF MAJOR DUTIES AND RESPONSIBILITIES**

FDIC 2000/10 (3-98)

# FEDERAL DEPOSIT INSURANCE CORPORATION
# POSITION DESCRIPTION

**CLASSIFICATION:**         Human Resources Specialist
                            (Information Systems and Compensation), CG-0201-11

**ORGANIZATION TITLE:**     HR Specialist

**LOCATION:**               Division of Administration, Human Resources
                            Branch, HR Service Center, Operations

## INTRODUCTION

Serves as a "troubleshooter" and "super-user" of human resources (HR) automated systems with responsibility for performing a variety of professional and technical duties in connection with the a full range of transactions relating to compensation.

## MAJOR DUTIES

**Information Systems Administration**

- Investigates, troubleshoot and response to variety of recurring and complex inquiries regarding payroll and/or personnel matters. Coordinates corrective actions for systems errors and provides direction to others regarding particularly difficult processing problems with the National Finance Center (NFC), the Corporate Human Resource Information System (CHRIS), or other data systems. Serves as an expert resource and authority on NFC and CHRIS processing and provides information, guidance, and support to staff. Participates in the testing and implementation of system modifications and changes.

- Maintains various *NFC/CHRIS* operations reports for the Section (i.e., PRES, Culprit etc.). Prepares Monthly Report of Federal Civilian Employment, SF-113A to OPM that includes information on total employment, payroll, turnovers, accessions, separations, etc. Coordinates biweekly with DIRM on the print job for the SF-50's, prints SF-52's through CHRIS. Reviews, analyzes, and resolves other CHRIS/NFC reports to improve efficiency and track assignments.

- Performs quality control reviews to check the accuracy of information entered into the automated personnel system. Reviews reports and monitors payroll and personnel processing to ensure accuracy. Coordinates with the Team Leaders in areas of deficiencies surfaced and continued practices. Recommends training needs or the need for new internal procedures as required. Utilizes the CHRIS/NFC data systems, IRIS inquiry system and the RFQS/CULPRIT system in order to produce reports. These functions require in-depth knowledge of the NFC system in order to obtain the desired information in a useable format.

- Coordinates transactions made by employees using the Employee Express self-service automated system. Provides technical advice and guidance to employees, administrative staff, and HR assistants/specialists on any concerns, changes or corrections made to the Employee Express system.

- Attends CHRIS conference calls and reports any changes or issues to Branch Chief and other staff members. Participates with higher-level supervisors and other management officials in discussions, which contribute to the design and development of various systems or procedures to improve the operating efficiency and effectiveness of the unit. Participates in discussions that contribute to the design and development of various systems or procedures to improve the operating efficiency and effectiveness of the operations function. Develops standard operating procedures for use within the team for operating automated HR systems and devises new methods to accomplish work objectives.

**Compensation Program Administration**

- Investigates and responds to a variety of questions and problems raised by employees and administrative personnel involving compensation and payroll matters. Makes complex pay calculations and resolves technical discrepancies that arise in connection with personnel and payroll processing.

- Assists others in processing the most complex/sensitive personnel issues, including: retroactive personnel actions; adverse and disciplinary actions; annual pay adjustments; performance rating changes; and special actions (e.g., realignments, bargaining unit changes, awards, etc.). Reconciles various reports (e.g., CHRIS 007, SINQ, Culprit 99 etc.,) and determines corrective actions necessary to correct errors or to bring systems in sync with each other. Prepares transactions relating to adverse actions, garnishments, child support, and alimony payment cases.

- Serves as the Washington contact representatives with the National Finance Center (NFC) to discuss and resolve day-to-day problems and activities and coordinates their resolution. Advises senior management of recommended system changes or enhancements, as well as recommended changes to system policies and procedures.

- Coordinates the processing of waivers of overpayments. Provides technical assistance and guidance to staff members within the Operations Center and Regional DOA offices regarding unique or complex compensation-related actions.

- Maintains records of payments made in connection with settlements, leave buy-backs, garnishments, bills of collection, bonds, and other pay-related transactions requiring the issuance of Payroll Action Requests (AD-343) for NFC processing. Establishing records for employees who have an indebtedness to the Corporation.

- Reviews and approves requests to add, change, or delete a timekeeper (form FDIC

2300/07, Biweekly Time and Attendance System Registration Form); and approving/disapproving FDIC Access Control Entry System (FACES) requests for timekeeper access. Coordinates prior year compensatory time balances with administrative personnel and timekeepers for payment processing. Ensures that all leave audits are accurate and properly adjusted. Responds to employee requests for restoration of forfeited annual leave. Coordinates the processing of annual leave lump sum, credit, and restored leave payments.

- Continuously reviews new or revised regulatory material such as Federal and Corporation human resources and compensation-related regulations, NFC Directives, and Comptroller General Decisions.

- Reviews and computes service computation dates for leave, RIF and retirement; veteran preference determinations; FEGLI and retirement codes. Oversees the computation and processing of variety of salary-related payments that must be paid manually.

- Serves as the Unemployment Compensation Program coordinator responsible for preparing a biweekly report on separated employees for the contractor. Coordinates the distribution of the biweekly separation reports to Divisions/Offices.

- Performs system and manual quality control reviews to check the accuracy of input and output information. Ensures the accurate and timely input and retrieval of data by employees for all HR transactions. Performs a key function in the cross training of staff in the personnel and payroll operations functions and in section quality control activities.

Performs other related duties as assigned.

I. **KNOWLEDGE REQUIRED BY THE POSITION**

- Knowledge of human resource management principles, laws, policies, and methods to perform management advisory services relating to HR information systems and compensation program administration.

- Knowledge of, and skill in applying, basic principles, laws, regulations, practices, and techniques of HR information systems management and compensation administration sufficient to provide advice and assistance relating to complex pay, overtime and leave entitlement, and other pay-related transactions, as well as administration of HR systems.

- Knowledge of, and skill in applying written and oral communication techniques sufficient to coordinate resolution of issues with HR information systems professionals, provide advice to administrative personnel, and to prepare evaluative reports and correspondence to employees.

- Knowledge of, and skill in applying, HR information systems sufficient to maintain data integrity and prepare a variety of reports.

- Thorough knowledge of the Corporation's functions and organizations, and of internal policies, procedures, and delegations as they relate to information systems and compensation program areas.

## II. SUPERVISORY CONTROLS

The supervisor establishes overall objectives for the work and available resources. The incumbent and the supervisor discuss timeframes, scopes of assignments, and possible approaches. The incumbent determines the appropriate information systems or compensation principles, practices, and methods to apply, interpreting regulations on his/her own initiative, and applying new methods to resolve complex issues/problems. Work is reviewed for soundness of overall approach, effectiveness in meeting requirements, and feasibility of recommendations.

## III. GUIDELINES

The incumbent uses a wide variety of HR reference material and manuals that are not always applicable to the specific issues or problems addressed. The incumbent uses judgment in researching, choosing, interpreting, modifying, and applying available guidelines for adaptation to specific information systems or compensation-related issues.

## IV. COMPLEXITY

The incumbent administers the Washington area information systems and compensation administration programs, which includes providing technical advice and assistance to administrative staff and HR professionals regarding program requirements and resolutions of complex issues. The incumbent must resolve difficult and controversial issues relating to information systems and compensation-related transactions and serves as the authoritative source on these programs in the Washington HR Service Center.

## V. SCOPE AND EFFECT

The purpose of the work is to support the FDIC's HR information systems and compensation administration operations. The incumbent applies accepted criteria, principles, and standard methods to resolve a variety of issues or problems relating to these programs. Work reports and recommendations influence the decisions made by management and employees and affect the customers' perception of the overall quality and service of the FDIC's HR program.

## VI. PERSONAL CONTACTS

Contacts are with Washington-area employees and managers, NFC/CHRIS program managers, administrative staff, and other HR professionals.

## VII. PURPOSE OF CONTACTS

Contacts are mainly for the purpose of facilitating the resolution of compensation and system-related problems. The incumbent must also influence and persuade system

programmers and administrative staff to accept and implement findings and recommendations. The incumbent must be skillful in approaching contacts to obtain compliance with established HR policies and may encounter resistance due to system restraints or compensation regulations.

### VIII. PHYSICAL REQUIREMENTS

The work does not require unusual physical hardship or stress.

### IX. WORK ENVIRONMENT

Work is performed in a typical office setting.