**PLAINTIFF'S EXHIBIT 10**

EXHIBIT F2b

Form Approved
OMB No. 3206-0219

# OPTIONAL APPLICATION FOR FEDERAL EMPLOYMENT - OF 612

You may apply for most jobs with a resume, this form, or other written format. If your resume or application does not provide all the information requested on this form and in the job vacancy announcement, you may lose consideration for a job.

**1** Job title in announcement
HUMAN RESOURCES SPEC. (INFORMATION SYSTEMS & COMPENSATION)

**2** Grade(s) applying for
CG-0201-12

**3** Announcement number
2003-HQ-2419

**4** Last name
Quattrone

First and middle names
Patricia Ann     *Selectee*

**5** Social Security Number
[redacted]

**6** Mailing address
2810 Lady Anne's Way

City
Huntingtown

State
MD

ZIP Code
20639 -

**7** Phone numbers (include area code)
Daytime    (202) 482 0173
Evening    (301) 855 1754

## WORK EXPERIENCE

**8** Describe your paid and nonpaid work experience related to the job for which you are applying. Do **not** attach job descriptions.

1) Job title (if Federal, include series and grade)
Payroll Systems Specialist, GS-0301-11

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 11 99 | PRES | $50067.00 | Yr | 40 |

Employer's name and address
Department of Commerce, International Trade Administration
Office of Foreign Service Human Resources, Washington, DC

Supervisor's name and phone number
Dorothy Martin
(202) 482 2001

Describe your duties and accomplishments

See Attachment #1

2) Job title (if Federal, include series and grade)
Lead Personnel Assistant, GS-0203-08/06

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 08 99 | 11 99 | $35,540.00 | Yr | 40 |

Employer's name and address
Bureau of the Census, Human Resources Division, Pay, Processing & Systems Branch
Room 3242, FOB 3, Suitland, MD

Supervisor's name and phone number
Julie Tayman
(301) 457 2900  →  763-5864

Describe your duties and accomplishments

See Attachment #2

Form Approved
OMB No. 3206-0219

# OPTIONAL APPLICATION FOR FEDERAL EMPLOYMENT - OF 612

You may apply for most jobs with a resume, this form, or other written format. If your resume or application does not provide all the information requested on this form and in the job vacancy announcement, you may lose consideration for a job.

| 1 Job title in announcement | 2 Grade(s) applying for | 3 Announcement number |
|---|---|---|
| HUMAN RESOURCES SPEC. (INFORMATION SYSTEMS & COMPENSATION) | CG-0201-12 | 2003-HQ-2419 |

| 4 Last name | First and middle names | 5 Social Security Number |
|---|---|---|
| Quattrone | Patricia Ann | [redacted] |

| 6 Mailing address | | | 7 Phone numbers (include area code) |
|---|---|---|---|
| 2810 Lady Anne's Way | | | Daytime (202) 482 0173 |
| City | State | ZIP Code | |
| Huntingtown | MD | 20639 - | Evening (301) 855 1754 |

## WORK EXPERIENCE

8 Describe your paid and nonpaid work experience related to the job for which you are applying. Do **not** attach job descriptions.

1) Job title (if Federal, include series and grade)
   Payroll Systems Specialist, GS-0301-11

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 11 99 | PRES | $50067.00 | Yr | 40 |

Employer's name and address
Department of Commerce, International Trade Administration
Office of Foreign Service Human Resources, Washington, DC
Describe your duties and accomplishments

Supervisor's name and phone number
Dorothy Martin
(202) 482 2001

See Attachment #1

2) Job title (if Federal, include series and grade)
   Lead Personnel Assistant, GS-0203-08/06

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 08 99 | 11 99 | $35,540.00 | Yr | 40 |

Employer's name and address
Bureau of the Census, Human Resources Division, Pay, Processing & Systems Branch
Room 3242, FOB 3, Suitland, MD
Describe your duties and accomplishments

Supervisor's name and phone number
Julie Tayman
(301) ~~457-2900~~  763-5864

See Attachment #2

9. May we contact your current supervisor? YES ☒ NO ☐ → If we need to contact your current supervisor before making an offer, we will contact you first.

## EDUCATION

10. Mark highest level completed. Some HS ☐  HS/GED ☒  Associate ☐  Bachelor ☐  Master ☐  Doctoral ☐

11. Last high school (HS) or GED school. Give the school's name, city, State, ZIP Code (if known), and year diploma or GED received.
    Suitland Senior High, Suitland, MD - 1980

12. Colleges and universities attended. Do **not** attach a copy of your transcript unless requested.

    1) Name: N/A
       City          State    ZIP Code
       Total Credits Earned  Semester  Quarter
       Major(s)
       Degree (if any) - Year Received

    2)

    3)

## OTHER QUALIFICATIONS

13. Job-related training courses (give title and year). Job-related skills (other languages, computer software/hardware, tools, machinery, typing speed, etc. Job-related certificates and licenses (current only). Job-related honors, awards, and special accomplishments (publications, memberships in professional/honor societies, leadership activities, public speaking, and performance awards.) Give dates, but do **not** send documents unless requested.

    WordPerfect, Microsoft Word, Excel, Outlook, Powerpoint, Lotus Notes

    Certificate of Merit & Cash Award - 1982
    Performance Award - 1990, 1991, 1993, 1994, 1996, 1997
    Quality Step Increase - 1992
    On-the-Spot Award - 1994, 1995, 1997
    Special Act or Service Award - 1998 (2), 1999, 2001
    Cash-in-a-Flash Award - 2000

## GENERAL

14. Are you a U.S. citizen? YES ☒ NO ☐ → Give the country of your citizenship.
15. Do you claim veterans' preference? NO ☒ YES ☐ → Mark your claim of 5 or 10 points below.
    5 points ☐ → Attach your DD 214 or other proof.    10 points ☐ → Attach an *Application for 10-Point Veterans' Preference* (SF 15) and proof required.
16. Were you ever a Federal civilian employee? NO ☐ YES ☒ → For highest civilian grade give: Series 0301  Grade 11  From (MM/YY) 12 2001  To (MM/YY)
17. Are you eligible for reinstatement based on career or career-conditional Federal status? NO ☐ YES ☒ → If requested, attach SF 50 proof.

## APPLICANT CERTIFICATION

18. I certify that, to the best of my knowledge and belief, all of the information on and attached to this application is true, correct, complete and made in good faith. I understand that false or fraudulent information on or attached to this application may be grounds for not hiring me or firing me after I begin work, and may be punishable by fine or imprisonment. I understand that any information I give may be investigated.

SIGNATURE *Patricia Ann Quattrone*     DATE SIGNED  12/4/03

| | |
|---|---|
| **ATTACHMENT #1** | **Vacancy #2003-HQ-2419** |
| Quattrone, Patricia Ann | Department of Commerce |
| SSN: █████ | International Trade Administration |
| 2810 Lady Anne's Way | US & Foreign Commercial Service |
| Huntingtown, MD 20639 | Foreign Service Human Resources |
| Residence (301) 855-1754 | Payroll Systems Specialist |
| Office      (202) 482-0173 | GS-0301-11 |

As a Payroll Systems Specialist, I am responsible for analyzing and employing the laws, various regulations and procedures in pay and leave administration. I analyze allowance and pay regulations and apply them appropriately in the Foreign Service pay process via changes and updates from the US Department of State. Research highly complex problems involving employee's pay, as well as general pay and premium pay issues and provide comments and suggestions for solutions to supervisor and other managers. Analyze Departmental and outside agencies current and proposed pay policies and revisions, assisting in the interpretation of those changes in relation to its application to the payroll and the supporting automation. Maintain a close relationship with the National Finance Center working to resolve complex as well as day to day related issues. Assists with overall organization of Payroll Unit and identifies and recommends systems and procedural enhancements. Participate in office processing meetings for payroll reporting.

Provide guidance, assistance and instruction on pay administration to Foreign Commercial Service Officers, Commercial Service Foreign National employees, Senior Executive Service and others as needed. Provide one-on-one counseling providing guidance on leave usage, leave administration, including various "family friendly" leave policies, and pay and allowance entitlements. Research pay and leave problems, referencing State Department manuals, the Department Handbook on Leave Administration, Premium Pay Handbook, Pay Manual I and II, as well as utilizing the Office of Personnel Management's web site, providing timely responses to Commercial Service Officers at headquarters and overseas, and their timekeepers.

Maintain accurate pay and leave records for the Foreign Commercial Service Officers. Conduct pay and leave audits to make certain that all Foreign Commercial Service employees are paid accurately and on time. Provide information to employees and management regarding leave and pay based on appropriate audits and other documents. Review reports from the National Finance Center, Department of Commerce, State Department, Office of Personnel Management and other sources to determine if employees are being paid properly. Make adjustments to salary and leave as appropriate.

Determine eligibility and prepares supplemental documents by applying the various laws, rules, regulations and Department policies regarding pay entitlements as it relates to premium pay, differentials, hazardous duty, overseas and US holiday pay, special rates, language incentives, foreign post allowance, separate maintenance allowance, danger pay, living quarters allowance, pay advances, lump sum payments, and professional liability insurance. Authorizing payments from NFC as well as authorizing collections.

Attachment 1 cont'd
Patricia Quattrone
Vacancy #2003-HQ-2419

Served as the point of contact in the recruitment process for the Foreign Commercial Service Officer Assessment. This process involved creating the vacancy and advertising it through the Commerce Opportunities On-Line vacancy announcement and applications system, researching legal and regulatory requirements and applying OPM's rules and regulations to staffing and employment processes. Reviewed applications to determined if applicants met basic eligibility requirements and set qualifications for the position.

Keep current and accurate records of employees' retirement contributions. Researching individual retirement files, Department of State, and Department of Agriculture payroll records as well as other office files to locate, transfer, and update pertinent information such as retirement contributions and deductions in employees' retirement records. Upon separation or retirement, ensure all data is posted through last date of employment and forwarded to appropriate receiving office. Provide necessary information to the Personnel Operations section to complete the retirement process.

**ATTACHMENT #2**                                    Vacancy #2003-HQ-2419

Quattrone, Patricia Ann                              Bureau of the Census
SSN: ███████████                                     Human Resources Division
2810 Lady Anne's Way                                 Pay, Processing and Systems Br
Huntingtown, MD  20639                               Lead Personnel Assistant
Residence (301) 855-1754                             GS-0203-08/06
Office      (202) 482-0173

As a Lead Personnel Assistant, I am responsible for providing training and assistance to my team, which consists of 4 personnel assistants. I also serve as back up to other teams in their leads absence. These duties include, but are not limited to the following: Review Personnel Action Requests (SF-52s) for headquarters and 4 regional offices making sure all fields are coded accurately using correct nature of action codes and legal authorities. Following the agency rules, regulations, policies, and procedures. Provide support and leadership in processing all types of actions involving competitive and excepted service appointments. Responsible for signing SF-52s as approving official on all Schedule A excepted appointment actions and certain competitive actions, which include setting pay on promotions ensuring that employee has met the time in grade requirements, OPM qualification standards, etc. Work closely with team members ensuring all personnel actions and payroll documents processed into the National Finance Center system meeting each pay periods required deadlines. When needed, will distribute one assistants work among our team in order to process in a timely manner reducing stress. Assist in the orientation class of new employees. Provide assistance and expertise in time and attendance processing. This includes performing leave audits, management of T&A records, coding T&As, entering data in the T&A software, transmitting and processing late T&As, corrections and supplements, which requires knowledge of the Department of Commerce's Time and Attendance Manual and the Handbook of Leave Administration. Assisted in the T&A training class for new timekeepers at the Bureau. Keep team informed of any new policies and procedures and periodically hold team meetings and individual meeting to discuss problems, complaints, suggestions, etc. I communicate regularly with the Headquarters administrative staff and the Regional Office staffs to discuss pay issues, personnel issues, timekeeping issues, and work schedule and leave policies. Meet with supervisor at the end of processing to update her on the status of the pay period. In a team member's absence, I perform her duties as listed under Personnel Assistant experience.


Personnel Assistant  (03/96 – 07/99)

Provide personnel and payroll service to two headquarter divisions (Field and TMO), a regional office, a regional census center, and also serviced the Tucson Telephone Center which include but is not limited to the following: Process Personnel Action Requests (SF-52) on actions such as all accessions, separations, change in work schedule, change in service computation date, change to lower grade, promotion, temporary promotion, within grade increases, change in tenure, reassignment, realignment, details, and conversions. Responsible for verifying and ordering prior service from the Federal Records Center and determining highest previous rate and re-computing service computation date for leave on all new hire actions. Determine Nature

Attachment 2 cont'd
Patricia Quattrone
Vacancy #2003-HQ-2419

of Actions and Legal Authorities on SF-52s using the Guide to Processing Personnel Actions as well as other Department and Agency regulations. Complete coding of the SF-52 which include determining grade, step, salary, service computation date, and other elements that are effected by a particular action. Route the SF-52 for approval, than process action into the National Finance Center (NFC) system. Verify the following day through NFC that actions were accurately processed. Establish master record and individual position in PMSO for the Field Regional Offices' competitive and schedule A positions and headquarter positions determining position sensitivity, FLSA, drug testing, supervisory code, comp levels, etc. Process security clearances for new Census Bureau employees. Process employment verifications for current Census Bureau employees. Maintain filing and maintenance of payroll folders and Official Personnel Folders. Determine service computation dates for accuracy, eligibility, and completion of tenure, leave, within grade increases, and probationary period. Process payroll documents such as savings bonds, federal and state tax forms, change of address, direct deposit forms and salary allotments, fitness center dues, and union dues accurately and in a timely manner. Use NFC systems such as IRIS, PRES, PACT, PINQ, PMSO, and SINQ to process, review, verify and correct employee data on a daily basis. Reissue salary checks not received or lost by employees. Follow up to ensure employee is paid in a timely manner. Process salary advances for new hire employees. Assist headquarter employees and the regional offices with inquiries on personnel and/or payroll issues and questions using my knowledge of Personnel/Payroll and also referencing DOC and Census Bureau guidelines and other reference material as needed. Processed time and attendance records for office staff ensuring they are paid accurately and on time. Assisted in the Time and Attendance (T&A) Software class for new Census timekeeper. Assist Administrative Offices and timekeepers at headquarters, regional offices, and regional census centers with T&A questions using the T&A manual and also referring to the Handbook of Leave Administration. Also troubleshoot T&A software related issues. Acted as team leader in leads absence. Assisting other team members with questions and problems that arise. Attending leads meeting at the end of processing to update supervisor on status of the pay period.

# QUALITY RANKING FACTORS
# (DESIRABLE KNOWLEDGE, SKILLS AND ABILITIES)

HUMAN RESOURCES SPEC. (INFORMATION SYSTEMS & COMPENSATION)
VACANCY #2003-HQ-2419
Patricia A. Quattrone
SSN: [redacted]

**1. Knowledge of U.S. Office of Personnel Management regulations, guidelines, and pertinent laws concerning compensation and pay administration.**

As a Payroll Specialist in the Department of Commerce's International Trade Administrations Office of Foreign Service Human Resources, I have gained knowledge of the Foreign Service. Referring to State Department Regulations as well as the Department of Commerce's guidelines as it pertains to the foreign service. I analyze allowance and pay regulations and apply them appropriately referring to the Premium Pay Handbook, Pay Manuals I and II, Code of Federal Regulations, etc. as well as utilizing OPM's website. I research highly complex problems involving individuals' pay policy issues providing suggestions for solutions to management. I maintain accurate pay and leave records, conducting pay and leave audits, providing information on pay to employees and management making adjustments to salary or leave when appropriate. I also provide guidance, assistance, and instruction to our officers on pay, time and attendance, leave policies and entitlements, and allowance entitlements.

Having worked in the Pay, Processing and Systems Branch in the Census Bureau's Human Resources Division for 10 years, and the past 2 years in the Payroll Systems Unit of the International Trade Administration's Foreign Service Human Resources office, I have gained vast knowledge and experience in pay administration. This included, but is not limited to premium pay entitlement, highest previous rate entitlement, leave entitlement, pay setting, and time and attendance issues. I have developed an understanding of nearly all facets of the National Finance Center's automated personnel/payroll system. I have processed essentially every type of Request for Personnel Action (SF-52) according to OPM's Guide to Processing Personnel Actions, Bureau and Department guidelines. I have also trained personnel assistants on all aspect of personnel and payroll processing. As a lead/personnel assistant I was responsible for responding to inquiries regarding the different leave entitlements, keeping administrative officers and employees informed on new and/or changed laws, regulations, and policies.

**2. Knowledge of the National Finance Center (NFC) payroll/personnel system.**

As a Payroll Specialist, on a daily basis I research employee inquiries regarding their pay, leave, and allowance issues using the National Finance Centers automated payroll systems. I also process allowances such as post differential, post allowance, language incentive payment, danger pay, and living quarter allowances, and process pay advances and manual pay adjustments. Maintain a close relationship with the National Finance Center researching and resolving any pay issues.

Quality Ranking Factors cont'd
Patricia A. Quattrone
Vacancy #2003-HQ-2419

Having worked in the Pay, Processing and Systems Branch of the Human Resources Division I gained extensive knowledge of the National Finance Center's (NFC) automated personnel/payroll system. I processed payroll documents which include savings bonds, federal and state tax forms, change of address, direct deposit forms, salary allotments, fitness center dues, and union dues. In using NFC's automated personnel/payroll systems I have utilized nearly all facets of the system. This included the subsystems such as PINQ, SINQ, HINQ, PACT, PRES, IRIS, PMSO, RFQS, HCUP, PEP51, WTWOINQ, and MANLOG. I acquired a significant level of expertise having used these systems on a daily basis for processing and addressing issues that may arise pertaining to an employees inquiry. I researched these problems using the NFC system and worked closely with their staff to ensure that salary payments are received and at times are reissued in a timely manner.

### 3. Ability to conduct comprehensive analyses of automated human resource information systems.

Researching highly complex problems involving employee's general pay and premium pay issues providing comments and suggestions for solutions to supervisor and other I analyze allowance and pay regulations on a daily basis and apply them appropriately. managers. I analyze Departmental and outside agencies current and proposed pay policies and revisions, assisting in the interpretation of those changes in relation to its application to payroll. I assist with the overall organization of the Payroll Unit and identify and recommend procedural enhancements.

As a personnel/lead personnel assistant I had to research personnel and payroll processing issues utilizing the data from the National Finance Center and determined steps to resolve and rectify them. This was accomplished by working closely with the clerks, analysts and administrators at NFC.

### 4. Ability to analyze, evaluate and make recommendations to senior level management officials.

I analyze allowance and pay regulations on a daily basis and apply them appropriately. Researching highly complex problems involving employee's general pay and premium pay issues providing comments and suggestions for solutions to supervisor and other managers. I analyze Departmental and outside agencies current and proposed pay policies and revisions, assisting in the interpretation of those changes in relation to its application to payroll. I assist with the overall organization of the Payroll Unit and identify and recommend procedural enhancements.

As a personnel/lead personnel assistant I had to research personnel and payroll processing issues utilizing the data from the National Finance Center and determined steps to resolve and rectify them. This was accomplished by working closely with the clerks, analysts and administrators at NFC.

Quality Ranking Factors cont'd
Patricia A. Quattrone
Vacancy #2003-HQ-2419

**5. Ability to establish and maintain customer service and smooth working relationships with a variety of offices and individuals at all levels.**

As a Payroll Systems Specialist, I am responsible for conducting consultations with the Foreign Commercial Service foreign officers, Foreign Nationals employees and others providing guidance, assistance and instructions on leave usage, pay and allowance entitlements that are unique to the foreign service as it relates to premium pay, differentials, hazardous duty, overseas and US holiday pay, special rates, language incentives, foreign post allowance, separate maintenance allowance, danger pay, living quarters allowance, pay advances, lump sum payments, and professional liability insurance. During foreign officer training sessions, I am responsible for presenting payroll policy and procedures.

As a Personnel Assistant I communicated on a daily basis with administrative offices and employees regarding their personnel/payroll inquiries. As a Lead Personnel Assistant, I communicated also with coworkers as well as management regarding new policies and procedures. Held team meetings to keep assistants informed of any changes or new policies and procedures as well as to discuss problems, complaints, suggestions and overall operations within the office. I assisted in the Time and Attendance training class for new timekeepers and participated in the orientation class for new hires.

# NOTIFICATION OF PERSONNEL ACTION

Vacancy #
2003-HQ-2

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| QUATTRONE, PATRICIA ANN | [redacted] | 03/18/62 | 02/09/03 |

### FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 893 | WITHIN GRADE INC |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| Q7M | REG 531.404 |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

### SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| | PAYROLL SYSTEMS SPECIALIST |
| | 00       530Y11 |

| 8. Pay Plan | 9. Occ Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 01 | 47,910.00 | PA | GS | 0301 | 11 | 02 | 49,507.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| 42,976.00 | 4,934.00 | 47,910.00 | .00 | 44,409.00 | 5,098.00 | 49,507.00 | .00 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | INTERNATIONAL TRADE ADMINISTRATION |
| | U.S. & FOREIGN COMM. SERVICE |
| | DDG FOR US & FOREIGN COMM SERV |
| | OFC OF FOREIGN SVC HUMAN RES |
| | CM 555002000400000000    PP 03 2003 |

### EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 - 1-None  2-5 Point  3-10 Point/Disability  4-10 Point/Compensable  5-10 Point/Other  6-10 Point/Compensable/30% | 1 - 0-None  1-Permanent  2-Conditional  3-Indefinite | | YES [ ]  NO [X] |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| BASIC | 9  NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K  FERS AND FICA | 02/24/86 | F  FULL TIME | |

### POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 - 1-Competitive Service  2-Excepted Service  3-SES General  4-SES Career Reserved | E  E-Exempt  N-Nonexempt | | 7777 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON    DIST OF COLUMBIA    DC |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | | | | |

**45. Remarks**

WORK PERFORMANCE IS AT AN ACCEPTABLE LEVEL OF COMPETENCE.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF COMMERCE | *[signature]* |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
|---|---|---|---|
| CM 55 | 1911 | 02/08/03 | PERSONNEL OFFICER |

TURN OVER FOR IMPORTANT INFORMATION
Part 50-315       1 - Employee Copy - Keep for Future Reference
Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6237

555002000400000000    PP 03 1*2003*BATCH 19117777 000-00 204-10 AG/EO 55-1911