**PLAINTIFF'S EXHIBIT 11**

# OPTIONAL APPLICATION FOR FEDERAL EMPLOYMENT - OF 612

You may apply for most jobs with a resume, this form, or other written format. If your resume or application does not provide all of the formation requested on this form and in the job vacancy announcement, you may lose consideration for a job.

| # | Field | Value |
|---|---|---|
| 1 | Job title in announcement | HR Specialist (Information Systems & Compensation) |
| 2 | Grade(s) applying for | CG-12 |
| 3 | Announcement number | 2003-HQ-2419 |
| 4 | Last Name / First and middle names | Applicant A |
| 5 | Social Security Number | [redacted] |
| 6 | Mailing address / City / State / ZIP Code | [redacted] MD [redacted] |
| 7 | Phone numbers | Daytime (202) 307-9553  Evening [redacted] |

## WORK EXPERIENCE

**8** Describe your paid and nonpaid work experience related to the job for which you are applying. Do **not** attached job descriptions.

**1)** Job title (if Federal, include series and grade)
Human Resources Specialist (Compensation)

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 07/03 | 12/03 | $ 60,006 Annual | | 40 |

Employer's name and address
Drug Enforcement Administration
700 Army Navy Drive Arlington, VA 22202

Supervisor's name and phone
(202)307-4030
Arthur Smith

Describe your duties and accomplishments

Presently, I am one of three compensation specialists for the, Drug Enforcement Administration, Personnel Office, Washington DC Headquarters. The DEA headquarters personnel office services approximately 9,000 employees worldwide.

- On a quarterly basis, I conduct time and attendance training. I developed training materials during my employment with the INS, which I brought with me to the DEA for the newly introduced quarterly training. I have updated the materials to reflect policies and procedures of the DEA, I prepare and submit the training materials for printing, select students from a list of nominees, set up the classroom, and conduct classroom instruction.

On a daily basis, I respond to supervisor, employee, and timekeeper inquiries on pay administration, and leave rules and regulations, both verbally and in writing. I also address PC-TARE (Personal Computer Time & Attendance Remote Entry) inquiries from timekeepers on a routine basis.

- I participate in the Administration's compensation and leave overview for supervisors and employees. The overview is presented to supervisory chemists at their annual training, new and existing special agents, and supervisory agents during the various mandatory agent training conducted at the DEA training center in Quantico, VA.

- I monitor bi-weekly payroll reports which includes rejected T&A's and CULP 13 & 99. I contact field personnel to obtain missing information and works with the Staffing Branch to ensure that all personnel actions are processed for new hire employees, expired temporary appointments, and expired temporary promotions to assure that all employees are paid.

- In preparation for new DEA policy, I have researched 5 CFR, Comptroller General Decisions, DOJ and DEA rules and regulations.

- I utilize the NFC database to review timekeeper leave audits and process TMGT (Table Management) updates.

**2)** Job title (if Federal, include series and grade)
Payroll Services Specialist

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 07/97 | 07/03 | $ 57,334 Annual | | 40 |

Employer's name and address
Department of Homeland Security (Formerly Immigration & Naturalization Service)
24000 Avila Rd. Laguna Niguel, CA 92677

Supervisor's name and phone
(949)360-2180
Mindy Hunn

Describe your duties and accomplishments

At the Department of Homeland Security (Formerly Immigration and Naturalization Service) I was one of two payroll specialists at the Administrative Center, Laguna, that serviced approximately 12,000 employees throughout the Western Region.

- Served as one of two regional STAR (System for Time and Attendance Reporting) coordinators. I responded to field payroll coordinator's questions and would trouble shoot problems with STAR.

Acted as a regional security officer. Forwarded correspondence to INS HQ for T&A transmit ID's and table management (TMGT) updates for the [C] system. In the regional office, I installed STAR software and established a system ID for new timekeepers and deleted ID for exiting timekeepers.

- I responded orally and in writing to a variety of pay and leave inquiries following rules and regulations contained in 5 CFR, DOJ Orders, and the INS Administrative Manual.

- I provided quarterly timekeeper training covering all aspects of time and attendance preparation, system input and corrections (STAR), interpretation and application of leave and pay concepts and law, and leave audit preparation and procedures. For the conversion from PC-TARE to

**PRIVACY ACT AND PUBLIC BURDEN STATEMENTS**

- The Office of Personnel management and other Federal agencies rate applicants for Federal jobs under the authority of sections 1104, 1302, 3301, 3304, 3320, 3361, 3393, and 3394 of title 5 of the United States Code. We need the information requested in this form and in the associated vacancy announcements to evaluate your qualifications. Other laws require us to ask about citizenship, military service, etc.
- We request your Social Security Number (SSN) under the authority of Executive Order 9397 in order to keep your records straight; other people may have the same name. As allowed by law or Presidential directive, we use your SSN to seek information about you from employers, schools, banks, and others who know you. Your SSN may also be used in studies and computer matching with other Government files, for example, files on unpaid student loans.
- If you do not give use your SSN or any other information requested, we cannot process your application, which is the first step in getting a job. Also, incomplete addresses and ZIP Codes will slow processing.
- We may give information from your records to: training facilities; organizations deciding claims for retirement, insurance, unemployment or health benefits; officials in litigation or administrative proceedings where the Government is a party; law enforcement agencies concerning violations of law or regulation; Federal agencies for statistical reports and studies; officials of labor organizations recognized by law in connection with representing employees; Federal agencies or other sources requesting information for Federal agencies in connection with hiring or retaining, security clearance, security or suitability investigations, classifying jobs, contracting, or issuing licenses, grants, or other benefits; public and private organizations including news media that grant or publicize employee recognition and awards; and the Merit Systems Protection Board, the Office of Special Counsel, the Equal Employment Opportunity Commission, the Federal Labor Relations Authority, the National Archives, the Federal Acquisition Institute, and congressional offices in connection with their official functions.
- We may also give information from your records to: prospective nonfederal employers concerning tenure of employment, civil service status, length of service, and date and nature of action for separation as shown on personnel action forms of specifically identified individuals; requesting organizations or individuals concerning the home address and other relevant information on those who might have contracted an illness or been exposed to a health hazard; authorized Federal and nonfederal agencies for use in computer matching; spouses or dependent children asking whether the employee has changed from self-and-family to self-only health benefits enrollment; individuals working on a contract, service, grant, cooperative agreement or job for the Federal Government; non-agency members of an agency's performance or other panel; and agency-appointed representatives of employees concerning information issued to the employee about fitness-for-duty or agency-filed disability retirement procedures.
- We estimate the public reporting burden for this collection will vary from 20 to 240 minutes with an average of 40 minutes per response, including time for reviewing instructions, searching existing data sources, gathering data, and completing and reviewing the information. You may also send comments regarding the burden estimate or any other aspect of the collection of information, including suggestions for reducing this burden, to U.S. Office of Personnel Management, Reports and Forms Management Officer, Washington, DC 20415-0001.
- Send your application to the agency announcing the vacancy.

May we contact your current supervisor?

**9** YES [ X ]    NO [ ]    If we need to contact your current supervisor before making an offer, we will contact you first.

**EDUCATION**

**10** Mark highest level completed.    Some HS [ ]    HS/GED [ X ]    Associate [ ]    Bachelor [ ]    Master [ ]    Doctoral [ ]

**11** Last high school (HS) or GED school. Give the school's name, city, State, ZIP Code (if known), and year diploma or GED received.
Silverado High School Mission Viejo, CA 92691 1998

**12** Colleges and universities attended. Do **not** attach a copy of your transcript unless requested.

| Name | | | Total Credits Earned | | Major(s) | Degree - Year |
| --- | --- | --- | --- | --- | --- | --- |
| | | | Semester | Quarter | | (if any) Received |
| 1) Saddleback College | | | | | | |
| City | State | ZIP Code | 50 | | | |
| Mission Viejo | CA | 92691 | | | | |
| 2) | | | | | | |
| 3) | | | | | | |

**OTHER QUALIFICATIONS**

**13** **Job-related** training courses (give title and year). **Job-related** skills (other languages, computer software/hardware, tools, machinery, typing speed, etc.). **Job-related** certificates and licenses (current only). **Job-related** honors, awards, and special accomplishments (publications, memberships in professional/honor societies, leadership activities, public speaking, and performance awards). Give dates, but do **not** send documents unless requested.

Awards: Special Act 92 & 98, Performance 92-94, 96-03, HQSI 95.

Computer Skills: National Finance Center data base, EPIC, STAR, Lotus ccMail, MS Word, Excel, Access Outlook.

Training: Fair Labor Standard's Act (FLSA), OPM Strategic Pay and Compensation Conference, INS headquarters pay conference, Waiver Adjudication, RIF Records Validation & Procedures, Time and Attendance processing & error analysis, OWCP (workers' comp), Billings & Collections (ABCO), SPPS/DOTSE, PC-TARE, STAR, NFC Operations, SPPS Windows Phase 1.

**GENERAL**

**14** Are you a U.S. citizen?    YES [ X ]    NO [ ]    Give the country of your citizenship

**Continuation to Section "B".**

**b Title:** Payroll Services Specialist  **Dates Employed:** 7/97-7/03  **Salary:** $34,534-$53,210
**Hours Per Week:** 40  **Series and Grade:** GS-0301 9/11
**Employer's Name and Address:**  **Immediate Supervisor:**  **Telephone Number:**
Department of Homeland Security  Mindy Hunn  949-360-2180
(Formerly Immigration & Naturalization Service)
24000 Avila Rd.
Laguna Niguel, CA 92677

- I trained new Payroll Technicians in the processing of all payroll documents, child support Orders, commercial garnishments, annual leave lump sum payments, bill procedures, and EPIC.

- I prepared a quarterly leave error analysis report that provided statically information on leave errors throughout the region. The report was distributed to all District Directors, Sector Chiefs, and Center Directors for action.

- I interviewed candidates for positions in the Payroll Services Branch and made recommendations for selection to the supervisor.

- As a specialist, I was responsible for oversight, assigning, and reviewing the work of the Sr. and Jr. Payroll Technicians within the assigned team. This included the review of voluntary leave transfer program (VLTP) cases, leave audits, child support Orders and commercial garnishment cases, annual leave lump sum payments, completion of AD-343's, and review of written correspondence. I maintained an Access database to track workflow within the Payroll Unit. I logged incoming work, assigned work to the technicians, and logged out the work once completed. I then created reports from the Access database to report current workload and statistics for the Payroll Services Branch

- I processed back pay cases due late or corrected personnel actions over one year old, and MSPB and EEO settlements. I calculated gross pay, FLSA entitlement, and agency contributions for retirement, social security, and Medicare.

- I monitored bi-weekly payroll reports which includes rejected T&A's and CULP 13 & 99. I contacted field personnel to obtain missing information and worked with the Staffing Branch to ensure that all personnel actions were processed for new employees, expired temporary appointments and expired temporary promotions ensuring all employees were paid. At the close of the T&A processing cycle, I analyzed the unpaid report and processed manual payments via SPPS (special pay processing system) for employees that were not paid.

- For deceased employees, I processed beneficiary information via SPPS, once obtained by the Employee Services Branch. I ensured the annual leave lump sum payment was processed and released all final payments to the beneficiary.

- Processed leave buy back cases. I reviewed the CA-7 and CA-7a submitted by the field office compensation specialist. Once reviewed for completeness and accuracy, I calculated the CA-7b and submitted it to the DOL for payment. I interfaced with the field office compensation specialist, the DOL, and the NFC to process the case. I finalized the leave buy back by completing the leave audit.

- Processed voluntary leave transfer program (VLTP) cases. I coordinated with the field timekeeper on application of donated hours to the recipient to ensure correct pay and completion of the leave audit. The process included ducting donor's leave and coordination between the payroll branch and the Employee Services Branch.

- I responded orally and in writing to employee inquiries on notice of intents (bills) that required research of the NFC database.

- I prepared a written investigative report to hearing officials when an employee requested a hearing on a notice of intent received by the service.

**Job Title:** Supervisory Payroll Services Specialist
**Hours Per Week:** 40
**Employer's Name and Address:**
Immigration & Naturalization Service
24000 Avila Rd.
Laguna Niguel, CA 92677

**Dates Employed:** 10/20/02-11/17/02 **Salary:** $57,977

**Series and Grade:** GS-0301-12 (Temporary Promotion)
**Immediate Supervisor:** Christine Hanner
**Telephone Number:** 949-360-2054

I was temporarily promoted to the position of acting Supervisory Payroll Services Specialist for one month. I supervised eleven employees and in the interim, continued my duties of Payroll Services Specialist.

- I attended Human Resource Division management meetings.

- I conducted staff meetings.

- I reviewed and authorized T&A's for employees within the Payroll Services Branch.

- I documented and counseled an employee regarding chronic tardiness issue.

- I approved/denied leave requests.

**Job Title:** Personnel Assistant Employee Benefits
**Hours Per Week:** 40
**Employer's Name and Address:**
Internal Revenue Service
24000 Avila Rd.
Laguna Niguel, CA 92677

**Dates Employed:** 6/95-7/97
**Series and Grade:** GS-0203 7
**Immediate Supervisor:**
Bonnie O'Connor

**Salary:** $31,526-$32,641

**Telephone Number:**
949-360-2258

I was detailed to a RIF team in preparation for agency RIF. The detail lasted over two years.

- Responsible for validation of employee OPF's. Verified SCD retirement, SCD leave, SCD RIF, veteran's preference for appointment, veteran's preference for RIF, and correct tenure.

- Requested campaign and expedition time information from DOD when employee was retired military to calculate SCD retirement, SCD leave, and SCD RIF.

- Requested retirement card from OPM when information was missing from OPF and credible service had to be recreated for the OPF.

- Prepared letters to employees and other federal agencies to request documentation to properly credit an employee's service computation date.

- Documented employee's work history from OPF.

- Researched employee information on the NFC database to verify and ensure all employee information was correct.

- Processed performance appraisals into the NFC system and ensured that all have applied correctly.

**Job Title:** Personnel Actions Clerk    **Dates Employed:** 6/94-5/96    **Salary:** $24,285-$31,526
  Lead Adjustment Technician
**Hours Per Week:** 40    **Series and Grade:** GS-0203 7
**Employer's Name and Address:**    **Immediate Supervisor:**    **Telephone Number:**
Internal Revenue Service    Dorothy Miles    Retired
24000 Avila Rd.
Laguna Niguel, CA 92677

Due to staffing shortages, I continued duties of Adjustment Technician, as well as, the new position of Lead Adjustment Technician until June 1995.

- Point of contact for the NFC, Regional Office, Division Staff Assistants, and Fiscal Office when there were problems needing corrective action by the Adjustment Unit.

- Coordinated with various division field timekeeper coordinators and field timekeepers when new groups were established and when new timekeepers and timekeeper coordinators were changing or needed.

- Delegated workloads and special projects to the Adjustment Technicians, established due dates, and ensured the timely completion of projects.

- Answered question and provided technical guidance to the Adjustment Technicians on ADP systems, NFC, federal, and agency regulations.

   Provided written narratives to section chief on performance of Adjustment Technicians for annual appraisals. Provided monthly narratives on Adjustment Unit activities and statical information for error rates. Acted as section chief on numerous occasions during supervisory absence.

- Ensured time and attendance for the district was transmitted to the NFC according to NFC guidelines.

- During the payroll processing week, ran reports and distributed the reports to the Adjustment Technicians, provided assistance in working their reports and analyzed the finished product to verify what corrective action had taken place.

- Ensured all reports were received from the PSM after the processing week. Analyzed unpaid report listing and coordinated with the designated agent to ensure employees were paid. Analyzed forced T&A report for accounting code rejects on the NFC data base, credit and compensatory hours report for payment of credit hours via AD-343, paid compensatory hours via PRES, and removal of compensatory via TINQ.

- Ensured that debt collection letters were printed on schedule and mailed to employees. Answered any employee questions on debt they had incurred. Sent AD-343's to the NFC for suspension, cancellation and reactivation of bills when employed requested a waiver of overpayment. Determined eligibility for waiver by thoroughly researching federal, and IRS regulations, comptroller general decision, and MSPB decisions. Calculated gross to net and wrote waiver recommendation based on findings for director approval or disapproval of waiver.

- Made manual leave adjustments for Leave Bank donors through TINQ. This portion of the database was only accessible by only one other employee in the branch. Sent notices out to timekeepers to adjust the T&A.

- Instructed quarterly timekeeping classes for Laguna Niguel District, covering use of PC-TARE and timekeeping regulations and provided training materials and instructions to the Los Angeles District field timekeepers.

- Selected by the Regional Office to instruct T&A Error Resolution in Cincinnati, OH.

October 1, 1994- Laguna Niguel Resources Management Division became the Southern Support Site, encompassing the Las Vegas District, Los Angeles District, and Laguna Niguel District and was known as the "host site" for the three offices. With the merging of these offices and others throughout the Western Region, the Transactional Processing Center (TPC) was developed. The TPC assumed the processing and payroll functions from the district offices. The following employment reflects work accomplished with the TPC and preparation necessary for the transition of these functions to the TPC.

Las Vegas District

- Contact point between TPC and the Las Vegas District field timekeepers.

- Received time and attendance via computer transmission from timekeepers, reviewed records, and transmitted time and attendance to the NFC.

- Analyzed CULP 152. Via phone communication with timekeepers, audited, and resolved leave errors. Answered time and leave regulatory questions and wrote procedures on how the timekeepers were to change the unit and timekeeper numbers to be in alignment with the host site.

- Traveled to Las Vegas and held meetings with the timekeepers to review procedures, the transition to the TPC, leave errors, and any other issues that needed to be addressed.

- Participated in the training of the timekeepers for Time and Attendance Control System (TACS). TACS is the computer program used region wide in the transmission of time from the field to the TPC, where it is then sent to the NFC. Ensured each timekeeper received a system login. Assisted the timekeepers in logging onto the system for the conversion pay period ensuring connectivity and a successful transmission.

Los Angeles District

- Assumed responsibility for the time and attendance for five divisions. Established guidelines on how the workload was to be defined. Trained section clerks on the processing of the district's time.

- Answered time and leave regulatory questions, audited the CULP152, and changed the unit and timekeeper numbers to be in alignment with the host site.

- Trained the district's timekeepers on TACS, ensured each timekeeper received a system login, scheduled classes, set up room, loaded computer software, and ensured system connectivity.

- Assisted the timekeepers and coordinators in logging onto the system. During the conversions pay period, sured each timekeeper was able to log on the system and ensured connectivity for a successful transmission.

Laguna Niguel District

- Trained district timekeepers on TACS. Ensured each timekeeper received a system login, scheduled classes, set up room, loaded computer software, and ensured connectivity.

- Assisted the timekeepers in logging onto the system, and for the conversion pay period, ensured connectivity for a successful transmission.

Post Shut Down of Processing and Payroll Units

- Trained four of the PACS from the Processing Unit on performing leave audits and monitored a total of six employees while working on a project for the TPC, requiring complete leave audits for the Los Angeles District.

| | | |
|---|---|---|
| **Job Title:** Personnel Actions Clerk / Adjustment Technician | **Dates Employed:** 4/93-6/94 | **Salary:** $21,395-$24,285 |
| **Hours Per Week:** 40 | **Series and Grade:** GS-0203 5/6 | |
| **Employer's Name and Address:** Internal Revenue Service 24000 Avila Rd. Laguna Niguel, CA 92677 | **Immediate Supervisor:** Patti Church | **Telephone Number:** 949-360-2154 |

- Answered procedural and regulatory questions from field timekeepers and managers on a daily basis, using reference manuals CFR, Internal Revenue Manuals 0601 & 1273, Friendly Family Leave Act, NFC Chapters 7 & 10, and FLSA regulations.

- Developed timekeeping class materials, scheduled and instructed classes, set-up additional computers in the classroom, and loaded software. Classroom instruction covered hands-on use of PC-TARE and timekeeping regulations. Class material is the standard utilized in the District.

- Performed reviews of field timekeepers to ensure proper management of their timekeeping disks, AD-321 copies, and reference manuals. Oral and written feedback was provided to the timekeeper and the supervisor.

- Served as PC-TARE security office for the Laguna Niguel office. Loaded software and established passwords for new timekeeper and deleted passwords for exiting timekeepers.

- Responsible for the transmission of time and attendance records (T&A's) to the NFC. Received the T&A records a computer transmission from the field timekeepers to the payroll sections. Communicated with timekeepers on issues/problems that may have come up during transmission. T&A's were downloaded and reviewed for completeness and accuracy and changes were made for field timekeepers who had corrections. T&A's were then transmitted to the NFC.

- Reconciled various reports that were generated during the T&A processing week, ensuring each employee was paid. Reconciled leave error reports and error analysis reports on a bi-weekly basis. Contacted field timekeepers to take corrective action and ensured corrective action was taken by the following pay period. Distributed reports to the field and answered all timekeeper and supervisor questions regarding reports received.

- Researched NFC database on employees separating from the agency for negative leave balances, leave errors and outstanding debts. Completed AD-343's for manual adjustments and established accounts receivables. Tracked the AD-343's in manlog and ABCO Inq., to ensure the NFC had taken appropriate action.

- Processed annual leave lump sum payments into the NFC system on separating employees. Reviewed SF-1150's and prepared manual SF-1150's when not systemically generated. Processed leave transfers on new hire employees with prior federal service and notified field timekeepers to make adjustments to T&A.

**Job Title:** Permits Clerk
**Hours Per Week:** 40
**Employer's Name and Address:**
Internal Revenue Service
24000 Avila Rd.
Laguna Niguel, CA 92677

**Dates Employed:** 5/91-4/93
**Series and Grade:** GS-0203 4/5
**Immediate Supervisor:**
Bob Zunich

**Salary:** $16,305-$21,395

**Telephone Number:**
Retired

- Reviewed and processed information on new hire employees. Verified employee's veteran's preference, SCD for retirement, leave and RIF, using FPM 296.33. Received all designation of beneficiary forms, reviewed for accuracy and completeness, then certified the forms. Received SF-2809/2810's, reviewed forms for accuracy and completeness, certified the forms and processed in the NFC system. Received TSP-1's, reviewed forms for accuracy and completeness, certified the forms and processed; in the NFC system. Processed various payroll documents, i.e., W-4, savings bonds, address, direct deposit, etc. Responded to all employee inquires.

- Responsible for building positions in PMSO and keying SF-52's into the NFC system. Ensured the SF-50 was generated and applied to the database correctly by analyzing reports.

- Maintained personal contacts with employees of all various levels within the personnel branch.

- Participated in special projects, which included site visits where employees viewed their OPF's. Assisted employees with questions regarding health and life insurance, promotions and with-in grade increases, and various other items within their OPF.

KSA's

**\*. Knowledge of U.S. Office of Personnel Management regulations, guidelines, and pertinent laws concerning compensation and pay administration.**

At the DEA, I am responsible for providing expert guidance and assistance at all organizational levels world wide by providing direct assistance to supervisors, employees, and timekeepers. I resolve complex pay administration and payroll problems, I utilize regulations such as 5 CFR, DOJ Orders, and the DEA Policy Manual. I routinely receive and respond to inquiries on title 5 overtime, night & Sunday differential, hazard and danger pay and payment for holidays and holiday worked. I respond to the inquires verbally and in writing and explaied to the inquirer how the determination was made. I keep abreast of changes in legislation, regulations, Department and Service policy.

At the DHS/INS, I was responsible for providing expert guidance and assistance at all organizational levels within the Western Region by providing direct assistance to managers and other personnel at field locations. I resolved complex pay administration and payroll problems. This included complex pay problems that require extensive research, re-computing NFC payments, calculation of back-pays and FLSA, and review of regulations such as 5 CFR, DOJ Orders, INS administrative manuals, and union agreements. I routinely received and responded to inquiries on FLSA, AUO/LEA, 45 Act/title 5 overtime, 31 Act overtime, night & Sunday differential, and payment for holidays and holiday worked. I respond to the inquires verbally and in writing and explain to the inquirer how the determination was made. I keep abreast of changes in legislation, regulations, Department and Service policy.

At the DEA and previously at the DHS/INS, I act in the capacity of a subject matter expert. I'm required to resolve pay and leave issues on a daily basis that range from the routine to the most complex. Responding to the inquiries, requires me to have knowledge of pay and leave regulations and have the ability to research such regulations to give an accurate response.

For approximately eight years, I have taught time and attendance classes. My knowledge of Federal, Department, and Agency rules and regulations on compensation and leave have enabled me to developed course material for the IRS, INS, and the DEA along with teaching the material at each agency.

KSA's

**Knowledge of the National Finance Center (NFC) payroll/personnel system.**

Since October 1992, I have worked with the National Finance Center's (NFC) personnel/payroll processing system. I began as a permits clerk keying SF-52 data into PMSO. I was then placed in the position of personnel action clerk and keyed personnel actions and payroll documents into PACT/PRES. I participated in a cross training program and moved to the Payroll Unit. Upon my reassignment to the Payroll Unit, I began using the NFC time and attendance program PC-TARE. PC-TARE eventually converted to the windows based program STAR.

Over the past 12 years, I have used the following programs within the NFC payroll/personnel system: PMSO, PACT/PRES, EPIC, ABCO, SPPS/DOTSE, SPPS Windows, TMGT, UCFE, TINQ, PINQ, IRIS, PC-TARE and STAR.

On account of my extensive knowledge of the NFC system, I was called upon by the INS headquarters office to participate in the NFC database conversion from INS to DHS. The sessions were called to ensure a smooth conversion pay period from the old database to the new for T&A purposes and to address items on the personnel side that needed to be corrected or taken account of prior to the database conversion. My involvement as a conversion team member earned me a cash award August 2003.

KSA's

- **Ability to conduct comprehensive analyses of automated human resource information systems.**

My earlier experience as a permits clerk and personnel actions clerk has allowed me to have a thorough understanding of how personnel actions impact an employee's pay. This knowledge allows me to utilize the NFC system to conduct research and accurately address pay and leave inquiries.

On a daily basis, at the DEA and previously at the DHS/INS, I receive inquiries on employee pay. I utilize my extensive knowledge of the NFC payroll/personnel system to respond to the inquiry and provide a solid explanation on how the pay was computed or why a bill was generated by the system.

At the DHS/INS, I did extensive research of the NFC database to re-compute NFC payments for back-pays due to late or corrected personnel actions that were more than one year old, and MSPB and EEO settlements. I calculated gross pay, FLSA entitlement, and agency contributions for retirement, social security, and Medicare.

At the DEA and previously at the DHS/INS, I serve as a "trouble shooter" to resolve PC-TARE, STAR, and T&A transmission inquires from timekeepers.

On account of my extensive knowledge of the NFC system, I was called upon by the INS headquarters office to participate in the NFC database conversion from INS to DHS. The sessions were called to ensure a smooth conversion pay period from the old database to the new, for T&A purposes, and to address items on the personnel side that needed to be corrected or taken account of prior to the database conversion. My abilities to analyze the NFC put me in a position to identify and address potential problems with the conversion, provide resolutions to problems already addressed, and disseminate vital information to the timekeepers for the transition pay period.

Human Resources Specialist (Information Systems & Compensation) 2003-HQ-2419

KSA's

**4. Ability to analyze, evaluate and make recommendations to senior level management officials.**

At the DHS/INS, I responded to inquiries and grievances in writing and orally regarding payroll and back-pay issues for Freedom of Information and Privacy Act inquiries and congressional inquiries. I provided information to EEO investigators and counselors on payroll actions involving EEO complaints and gathered background material and facts in connection with grievances at the informal stage.

As a member of the DHS/INS human resources team, I was called upon to perform field audits serving as a representative of the Payroll Services Branch. I evaluated the integrity of the T&A and payroll operations within the field personnel office. Following my evaluation I provided a written narrative of my findings to the team leader and made recommendations to management on how to improve the program.

At the DHS/INS I prepared a quarterly leave error analysis report that provided statistical information on leave errors throughout the region. The report was distributed to all District Directors, Sector Chiefs, and Center Directors for action. I also reported trends in missing T&A's to management.

At the DHS/INS, I monitored field activity in the area of payroll and pay administration issues through inspections, visits, and continuous assessment of documentation submitted. Such visits and inspections are to determine if T&A rules and regulations have been followed and employees have been paid in accordance with the applicable pay and leave rules and regulations.

n account of my extensive knowledge of the NFC system, I was called upon by the INS headquarters office to participate in the NFC database conversion from INS to DHS. The sessions were called to ensure a smooth conversion pay period from the old database to the new, for T&A purposes, and to address items on the personnel side that needed to be corrected or taken account of prior to the database conversion. During the sessions, the team made recommendations to management on how to effectively proceed with the conversion.

KSA's

**Ability to establish and maintain customer service and smooth working relationships with a variety of offices and individuals at all levels.**

Recently, at the DHS/INS, I facilitated meetings, for the transition to the DHS, with timekeepers in the Administrative Center and Western Regional Office. These meetings included preparation for INSpect, review of the Administrative Manuel for T&A preparation for the transition to the DHS, and instructions were give for preparation of T&A's for the last pay period under INS and the first pay period under DHS. I also conducted conference calls with field T&A coordinators, which was to provide them with the instructions and guidance needed for the DHS conversion pay period.

In the four months I have been with the DEA, I have already established a rapport with field timekeepers, T&A coordinators, and field administrative office representatives. On a regular basis, the customers I'm assisting have shown gratitude for my quick, accurate responses.

For the past eleven years, my position in payroll has required me to maintain a rapport with field timekeepers, timekeeping coordinators, and field personnel offices which has enabled me to provide excellent customer service for all of my customers. Being in a position to answer any question regarding an employee's bi-weekly pay or questions on T&A rules and regulations for pay administration and leave inquiries from timekeepers, field personnel offices, supervisors, and individual employees, I must provide excellent customer service at all times. My extensive knowledge of the NFC system enables me to respond to inquiries accurately and within a timely manner.

ake pride in my ability to provide excellent customer service at all levels and to give the quality customer service that I would want as an employee or supervisor needing assistance.

```
DATE OF BIRTH       02 19 71                      PERS ACTN EFF     07 27 03
NAT ACT 1ST 3 POS           000                   NAT ACT 2ND 3 POS       130
NAT ACT AUTH 1ST                                  NAT ACT AUTH 2ND  KVM
APPOINT NTE          00 00 00   PROM NTE  00 00 00   NON PAY NTE     00 00 00
   SITION TITLE    HUMAN RESOURCES SPECLST (COMPEN)
   RKING TITLE     HUMAN RESOURCES SPEC/COMPENSATION   MR/IP M0145   M0145002
PAY-PLAN       GS       OCC SERIES   0201    GRADE   12   STEP   02
SALARY RATE CODE   PA   TOTAL SALARY    60006.00   SCHEDULED SALARY  53225.00
GEOGRAPHIC ADJ RATE      6781.00  ADJ SALARY  60006.00   OTHER PAY        .00
ORG STRUCTURE CODE      DE 21 10 3100 22 00 00 00    (PF2 = ORG-NAME)
VETERANS PREF CODE       1      TENURE GROUP    1     AGENCY USE
VETERANS PREF RIF        3      FEGLI CODE      B0    ANNUITANT INDICATOR   9
PAY RATE DETER CODE      0      RETIREMENT PLAN (1) K  (2)    SCD LEAVE 05 05 91
WORK SCHEDULE            F      TOUR OF DUTY HOURS   80.00
POSITION OCCUPIED        1      FLSA     E       BARGAINING UNIT STATUS  8888
DUTY STATION CD 51 0100 013 NAME VA ARLINGTON           ARLINGTON
REMARKS CODES      M38M39M40M45K12K20T07M01
DEPARTMENT CODE     DJ     AGENCY CODE   DE   POI  4002   PERS ACTION CODE  2
AUTHENTICATION DATE     08 11 03
INQUIRY COMPLETE - PRESS ENTER FOR MORE RECORDS.                 0000
 PF1 = SUB MENU    PF5 = HELP    PF8 = PG/DWN    ENTER = INQUIRY   CLEAR = EXIT
```

*I haven't received my 50 from staffing yet.*

```
SEX CD  F   CITIZENSHIP STATUS        1    TYPE OF APPOINTMENT              01
FEHBA COVERAGE  1  VETERANS STATUS    X    DATE SCD RETIRE            05 05 91
EDUC LEVEL  08   YR DEG/CERT RCVD    00    DATE SCD RIF               05 05 91
INSTRUCTIONAL PROGRAM           000000     DATE 6C RETIRE             00 00 00
    ELIGIBILITY CODE                 9     DATE SCD TSP               10 20 91
    FORM SERVICE STATUS              0     DATE SCD WGI               07 27 03
DATE RETIRED MILITARY        00 00 00      DATE CAREER TENURE STARTS  00 00 00
CREDITABLE MILITARY SERVICE      0000      DATE ENTERED PRESENT GRADE 07 27 03
FROZEN CSRS SERVICE              0000      DATE PROBATION PERIOD STARTS 00 00 00
CSRS COVERAGE AT APPT                      DATE SUPR/MGR PROB PERIOD  00 00 00
SPEC EMP CD  00   SPEC EMP PGM CD  00      GAIN/LOSE DEPT                   HB
SALARY SHARE AMOUNT               .00      ANNUAL LV CATEGORY  6   45 DAY CODE
ANNUITANT SHARE AMT               .00      LEAVE EARN STATUS DURING PP       Y
COOP EMP CNTRL CD                   0      QTRS DEDUCT CODE  0   RATE      .00
COOP OVERTIME AMT                 .00      COLA/POST DIFF CODE               0
COOP HOLIDAY RATE                 .00      AGENCY USE
1ST LEGAL AUTH      REG 315.501 PROM


INQUIRY COMPLETE - PRESS ENTER FOR MORE RECORDS.              0000
 PF1 = SUB MENU     PF5   HELP     PF7 = PG/UP    ENTER = INQUIRY   CLEAR = EXIT
```