# PLAINTIFF'S EXHIBIT 12

Federal Deposit Insurance Corporation
# POSITION DESCRIPTION

| FOR OFFICIAL USE ONLY | 1. Check one: HQ ☒  Field ☐ | 2. Official Headquarters | 3. Master Record Number 35W553 |
|---|---|---|---|
| Supervisory Code: 8 **** | | | |
| Bargaining Unit Code: **** | | | |
| FLSA Designation: Non-Exempt ☐ Exempt ☒ | 4. Reason for submission (a) If this position replaces another (i.e., a change of duties in an existing position), identify such position by title, allocation (service, series, grade), and master record number.<br>Implementation of New HR Specialist Class. Standard & DOA Reorganization | | |
| Position Sensitivity Code: **** | (b) Other *(specify)*<br>Previously Supv. Payroll/Personnel Specialist (CG-0301-12) (35W062) | | |

### 5. CLASSIFICATION ACTION

| ALLOCATION | CLASS, TITLE OF POSITION | CLASS Pay Plan | Series | Grade | Initials | Date |
|---|---|---|---|---|---|---|
| (a) FDIC | HR Specialist (Info. Sys. & Comp.) | CG | 0201 | 12 | JSA | 12/11/02 |
| (b) Recommended by initiating office | | | | | | |

| 6. Organizational title of position *(if any)*<br>HR Specialist | 7. Name of Employee *(If vacancy, specify)* |
|---|---|
| 8. Organizational Location<br>Division of Administration | (c) Third Subdivision<br>Operations |
| (a) First Subdivision<br>Human Resources Branch | (d) Fourth Subdivision |
| (b) Second Subdivision<br>HR Service Center | (e) Fifth Subdivision |
| 9. This is a complete and accurate description of the duties and responsibilities of my position | Signature of Employee | Date |

10. Certification

I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out government functions for which I am responsible. This certification is made with the knowledge that this information is to be used for statutory purposes relating to appointment and payment of Corporation funds, and that false or misleading statements may constitute violations of such statutes or their implementing regulations.

| 11. Immediate Supervisor's Signature [signed] | Title Chief, Operations | Date 12-11-02 |
|---|---|---|
| 12. Division/Office Director's Signature *(or designee)* [signed] | Title | Date |
| 13. Associate Director's Signature or Designated Representative [signed] | Title Senior HR Spec. | Date 12/11/2002 |

14. Remarks
FPL = CG-12
SOC = 13-1062

---

NOTE: ATTACH A DESCRIPTION OF MAJOR DUTIES AND RESPONSIBILITIES

FDIC 2000/10 (3-98)

# FEDERAL DEPOSIT INSURANCE CORPORATION
# POSITION DESCRIPTION

**CLASSIFICATION:**         Human Resources Specialist
                            (Information Systems and Compensation),
                            CG-0201-12

**ORGANIZATION TITLE:**     HR Specialist

**LOCATION:**               Division of Administration, Human
                            Resources
                            Branch, HR Service Center, Operations

## INTRODUCTION

Provides professional and technical expertise in information systems and compensation-related services to the FDIC, handling the most complex issues and problems.

Responsibilities include close coordination with Regional and Headquarters HR staff and liaison to the NFC for all matters affecting the integrated personnel/payroll system. Serves as senior technical advisor on payroll/personnel operations and undertakes trouble-shooting assignments involving the most difficult and sensitive issues.

## MAJOR DUTIES

- Serves as technical resource in the development of HR policies, procedures and guidelines affecting the Corporate Human Resource Information System (CHRIS). Coordinates with senior HR specialists in recommending changes in Corporate-wide policies regarding information systems and compensation-related issues and procedures. Assists in conducting broad analyses of the National Finance Center (NFC) system, defining issues and recommending solutions to complex operational problems which affect all FDIC employees. Collects and analyzes HR data regarding Corporation employees and organizations, defines criteria and other measurement tools for evaluating system data, and recommends substantive system changes for consideration.
- Serves as liaison with officials at the NFC to solve broad and complex information systems and compensation-related problems. Participates in planning sessions and conferences to discuss operational problems and issues and to recommend solutions. Evaluates the impact of changes proposed and recommends alternative policy options. Serves on task forces, recommending broad, comprehensive changes in operations affecting HR systems and compensation-related functions, procedures and

methodologies. Recommendations affect broad HR programs and changes impact fundamental program operations.

- Responds to inquiries from employees, management officials and outside groups, including the Congress, recognized labor organizations, and others concerning HR systems and compensation-related issues. Researches and analyzes causes which create systems problems and organizes and presents information to senior management officials correcting the immediate problem as well as solutions to systemic operational problems. Based on research and analysis, makes recommendations for changes and/or training upon identification of systemic problems with processing or personnel and payroll actions.

- Reviews and approves salary advances, authorizes payments for corrections to NFC system errors, and authorizes retroactive payments to employees resulting from lawsuits, discrimination complaints, and other actions taken against the Corporation in which employees are entitled to settlements. Responsible for addressing operational standard operating practices for all Human Resources Offices nationwide.

- Meets with and resolves issues of staff from the Office of Inspector General, Office of Internal Control Management and General Accounting Office. Coordinates and conducts audits of Corporation pay and personnel operations activities and to validate the accuracy of financial/pay information provided in the disclosure documents of Corporation executives at the highest levels. Issues include contract salaries, taxes, insurance, pay appropriate deductions, etc. Reviews and analyzes information and provides recommendations as appropriate (for all HR offices nationwide).

- Works with the most complex NFC operating methods and requirements including time and attendance, payroll/personnel processing, and retroactive corrections. Maintains contacts with NFC programmers and technical experts in order to resolve issues effectively and efficiently.

- Consults with the Division of Finance to resolve issues related to Payroll Bridge System as it interfaces with the NFC payroll/personnel and Corporate accounting systems (for all HR offices nationwide).

- Performs other duties as assigned. The overall duties of the position are made more complex by continuous changes in the laws, rules, regulations, and procedures in both the payroll and personnel management areas, as well as, changes in the NFC automated system. These include changes in Federal and state tax laws which affect taxable income and ultimately pay, FDIC Savings Plan and other Federal plans, and other entitlement programs unique to the Corporation which affect taxable income and pay.

Provides senior level expertise in pay issues and prepares policy changes for the Corporation and the NFC automated payroll system.

- Develops standard operating procedures for Regional and Headquarters HR staff on new methods to accomplish work objectives. Review and analyzes various operations reports for the Section (i.e., CHRIS, NFC, CPDF).

I. **KNOWLEDGE REQUIRED BY THE POSITION**
- Broad knowledge of the NFC payroll/personnel system and a wide range of rules, regulations and policies affecting pay and personnel issues for the Corporation.
- Ability to plan and carry out comprehensive analyses of automated human resource information systems.
- Knowledge of U.S. Office of Personnel Management regulations and guidelines, pertinent laws and Corporation policies and regulations concerning compensation and pay administration and HR operations.
- Skill in identifying operations problems involving pay and personnel management data systems and providing solutions to systems users.
- Effective oral and written skills in order to deal effectively with management officials, employees, representatives of other agencies and the public.
- Ability to analyze problems, determine and evaluate the facts, develop well documented conclusions and present sound and practical recommendations. Experience trouble shooting automated personnel/payroll systems.
- Ability to operate independently in managing individual work assignments or projects.
- Ability to interact regularly with FDIC employees and managers, as well as OPM, and NFC personnel to acquire and explain information and resolve complex problems.
- Knowledge of GAO and OIG audit procedures and Corporate internal control policies, procedures, and reporting requirements.

II. **SUPERVISORY CONTROLS**
Supervisor provide general direction in the form of broad function, objectives and priorities. Incumbent independently plans, designs and carries out all technical work activities. Results of work are considered technically authoritative and are normally accepted without significant change. When work is reviewed, it is evaluated for broad program impact and policy changes envisioned.

III. **GUIDELINES**
Available guidelines consist of laws, regulations, procedures, decisions and practices of the U.S. Office of Personnel Management (OPM), the U.S. Office of Management and Budget, General Accounting Office, and

the Corporation, as well as guidelines regarding both the CHRIS and NFC automated payroll and personnel systems. These guidelines are frequently not applicable to many complex work situations. The incumbent must interpret and adapt guidelines, which may result in new policies, programs, systems and procedures.

IV. **COMPLEXITY**
Assignments include comprehensive analyses of the CHRIS and NFC HR information systems, audits of sensitive financial/pay data and providing guidance to staff who carry out the day-to-day payroll/personnel operation function in the section. The duties involve differing methods, processes and approaches and the incumbent coordinates, plans, develops and implements Corporation policies, changes to automated systems and other regulations and procedures affecting information systems and compensation program operations for the Corporation.

V. **SCOPE AND EFFECT**
The work involves recommending solutions to system-wide problems including the improvement of the Corporation's automated payroll and personnel management system. The accuracy and reliability of the incumbent's work has an overall impact on the Corporation's automated payroll and personnel management systems. The work also impacts the Corporate financial statements due to the automated and manual payroll transactions, which are made to expend funds.

VI **PERSONAL CONTACTS**
Contacts are with FDIC management officials, representatives of the OPM, NFC and other government agencies and current and former employees of the FDIC.

VII **PURPOSE OF CONTACTS**
The purpose of contacts is to provide authoritative advice and guidance involving information systems and compensation-related issues and programs. The incumbent is required to provide technical solutions for specific issues and influence others to accept recommendations.

VIII **PHYSICAL DEMANDS**
Work is sedentary.

IX **WORK ENVIRONMENT**
Work is performed in an office setting.