# PLAINTIFF'S EXHIBIT 13

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

ORIGINAL

```
- - - - - - - - - - - - - - - -X
DOROTHY CHAPPELL-JOHNSON,          :
               Plaintiff           :
     v.                            :  Civil Action No.
                                   :
                                   :  06-0314 (RCL)
MARTIN J. GRUENBERG, VICE CHAIRMAN :
 FEDERAL DEPOSIT INSURANCE         :

 CORPORATION                       :


               Defendant.          :

- - - - - - - - - - - - - - - -X
```

Washington, D.C.

Thursday, May 10, 2007

Deposition of

        EUGENE BELL, JR.

a witness of lawful age, taken on behalf of the

Plaintiff, in the above-entitled action, before

KENYAN C. HOPCHAS, Notary Public in and for the

District of Columbia, in the offices of Swick &

Shapiro, 1225 Eye Street, N.W., Suite 1290,

Washington, D.C., commencing at 4:48 p.m.

APPEARANCES:


On behalf of the Plaintiff:

    JAMES E. SIMPSON, ESQ.

    Swick & Shapiro, P.C.

    1225 Eye Street, N.W., Suite 1290

    Washington, D.C.  20005

    (202) 842-0300


On behalf of the Federal Deposit

  Insurance Corporation:

    VICTOR E. GEORGE, ESQ.

    Legal Division

    Labor, Employment & Administration Section

    Federal Deposit Insurance Corporation

    3501 Fairfax Drive, Room E-6004

    Arlington, Virginia  22226

    (703) 562-2395

1      Q      **When you came or currently?**

2      A      I was called lead and I was head of the

3   same unit, but as the lead at that point.

4   Approximately in 2005, January 2005, I became

5   supervisory.  Basically, it's the same unit dealing

6   with staffing and classification.

7      Q      **I'm sorry.  July of 2005?**

8      A      Approximately January of 2005.  That's an

9   approximation.

10     Q      **When you started with the FDIC in August**

11  **2003 as a CG-14 --**

12     A      That's correct.

13     Q      **Human resources?**

14     A      Lead human resources specialist.

15     Q      **Lead.  I'm sorry.  Thank you.**

16            **That was a supervisory position?**

17     A      It was a lead position.  It means I was

18  team leader as opposed -- there is a fine

19  distinction.

20     Q      **I understand there may be a distinction**

21  **between having the word "supervisory" in your title,**

22  **but as a lead, were you a supervisor?**

Page 12

1    A    That's correct.

2    **Q    In January of 2005, you became a**

3    **supervisory human resources specialist CM-1; correct?**

4    A    That's correct.

5    **Q    And your actual position, forgive me, is**

6    **chief?**

7    A    Staffing and Classification Program

8    Administration.

9    **Q    Staffing and Classification?**

10   A    Program Administration.

11   **Q    Thank you.  When you joined FDIC in August**

12   **of 2003, it was fundamentally in that position as the**

13   **chief, Staffing and Classification Program**

14   **Administration?**

15   A    That's correct.

16   **Q    Was that a competitive selection for you?**

17   A    When I came to FDIC?

18   **Q    Yes, sir.**

19   A    I applied for a position, and I was

20   selected through announcement.  It wasn't a

21   promotion.  I was a 15 at another agency when I came

22   to FDIC.

Page 26

1    Dry serves in.  I believe they are called assistant

2    directors of the Human Resources Services Center.

3    Basically, they are the supervisor of that center.

4        **Q     You believe the title is assistant**

5    **director?**

6        A    I am fairly certain it is assistant

7    director, Human Resources Services Center.

8        **Q     That is what Sylvia Dry's position is?**

9        A    That would be her title; yes.

10       **Q     How long did Shirley Purnell serve as your**

11   **supervisor?**

12       A    From the time that I arrived at FDIC, until

13   January of 2007.

14       **Q     Despite the reorganization, she had the**

15   **same function that entire period of time?**

16       A    Basically.

17       **Q     As head of -- as associate director of**

18   **Human Resources Center?**

19       A    That's correct.

20       **Q     Human Resources Services Center.  I'm**

21   **sorry.**

22           **In the time that Shirley Purnell was the**

Page 64

1    them first, second, third?

2         A    That's correct.

3         Q    If there were four, it would be first,

4    second, third and fourth?

5         A    That's correct.

6         Q    If it was five, first, second, third,

7    fourth and fifth?

8         A    Right.

9         Q    At any time during the interview panel

10   process, did you all discuss the applicants?

11        A    During the interview panel process?

12        Q    Yes, sir.  Among yourselves, did you

13   discuss the applicants?

14        A    After the interviews were completed; yes.

15        Q    You had a discussion about each one;

16   correct?

17        A    Right.

18        Q    At the conclusion?

19        A    About our recommendation, how we ranked

20   them.

21        Q    At the conclusion of all the interviews?

22        A    Right.

1    Q    Not at the conclusion of each one?

2    A    We may have discussed it.  I don't recall.

3    I think we may have discussed it at the conclusion

4    of each one, in terms of writing our answers down and

5    so on.

6    Q    Do you have a recollection of having a

7    discussion among the three of you, Shirley Purnell,

8    Natalie Tyce, and yourself, at the conclusion of each

9    interview?

10    A    I don't recall specifically, but I do

11    believe that we talked about -- at the end of each

12    interview, we talked about, you know, the way we

13    ranked the person who answered the questions.  I

14    believe we did.  I don't recall specifically though.

15    Q    There was definitely discussion after all

16    of the interviews were over as to who your ranking of

17    one, two, three, Natalie's ranking of one, two,

18    three.  Did Shirley Purnell talk about ranking, one,

19    two, three?

20    A    Everybody would have talked about the

21    ranking, yes, at the end of the interview process.

22    Q    Was there a discussion about the ranking?

Page 66

1    In other words, you rank them one, two, three, did

2    you offer any explanation as to why you ranked the

3    one first and the second second and the third third?

4         A    I'm sure we would have.  I don't recall the

5    specifics of each individual, but I'm sure we would

6    have; yes.

7         Q    Is it your recollection that you did that?

8         A    Yes.

9         Q    That you did that?

10        A    Yes.

11        Q    What about Ms. Tyce, do you recall her

12   ranking the candidates, the applicants, and offering

13   an explanation?

14        A    I believe we all did that, yes, that

15   Natalie Tyce would have done that also.

16        Q    That each one of the three of you gave

17   rationale as to why this one is number one, number

18   two, number three?

19        A    Yes.

20        Q    Is that captured anywhere in writing, do

21   you know, that ranking?

22        A    I don't know actually.

Page 82

1    depending on how long they had the jobs, their

2    education, their training, their awards, those kinds

3    of things; correct?

4         A    That's correct; yes.

5         Q    At any time prior to the convening of the

6    interview panel, did Shirley Purnell share with you

7    whether she had a preference of any of the

8    applicants?

9         A    No.  I don't recall that.

10        Q    You don't recall or that did not happen?

11        A    That wouldn't have happened; no.

12        Q    Then your answer is no, it didn't happen?

13        A    That's correct.  My answer is no.

14        Q    At the start of the interview panel, did

15   Shirley Purnell share with you and Natalie Tyce a

16   preference for any of the applicants?

17        A    No.

18        Q    At the start of the interview panel, she

19   would not have picked a particular application and

20   say this looks good, this is the one I want?

21        A    No.  I don't recall that and I think I

22   would.

Page 83

1      Q      Or words to that effect?

2      A      I don't recall any words to that effect;

3   no.

4      Q      Did she share with you what her selection

5   was likely to be at the end of the interview panel?

6      A      The entire process?

7      Q      Yes, sir.

8      A      I knew what our recommendation was, with

9   the entire -- I believe we may have come to a

10  consensus, I guess, at the end of the process, of who

11  we thought was the top person.

12     Q      That was a consensus of all three of you?

13     A      I believe so; yes.

14     Q      Was there a consensus between the three

15  panel members as to who the number one person was?

16     A      I don't recall what everybody said, but I

17  believe the way the process worked, I think we came

18  up with the person we thought was the best.

19     Q      I'm looking for your recollection as to

20  what happened, not what you believe happened.  I am

21  going to ask if from here on out, we kind of stick to

22  what you can actually recall, not what you believe

Page 84

1    may have or should have, but what did or did not

2    happen to your recollection.

3         A    Certainly.

4         Q    Was there a consensus at the end of the

5    interview panel as to who the number one person was?

6         A    I don't know that.  I don't know if we

7    agreed or not.

8         Q    You offered your ranked applicants?

9         A    Right.

10         Q    Natalie Tyce offered her ranked applicants?

11         A    Right.

12         Q    Your earlier testimony was Shirley Purnell

13    offered her ranked applicants.

14         A    That's correct; yes.

15         Q    Do you have a recollection that the same

16    person was ranked number one by all three of you?

17         A    I don't know that.  I don't know if we did

18    or not.  I don't recall.  I know we all ranked them,

19    but whether they all were the same, I don't recall.

20         Q    There was rationale offered for the

21    particular rankings of each one of them by each panel

22    member?