**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DOROTHY CHAPPELL-JOHNSON )<br>)<br>Plaintiff, )<br>)<br>v.                    )<br>)<br>MARTIN J. GRUENBERG,        )<br>)<br>Defendant.  )<br>_____) | Civil Action No. 06-0314 (RCL)<br><br>**FILED**<br><br>SEP 26 2007<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## O R D E R

UPON CONSIDERATION of the parties' joint motion to enlarge the time by one

business day for plaintiff to file her opposition to defendant's motion for summary judgment, up

to and including Monday, September 24, 2007, and for defendant to file his reply to plaintiff's

opposition, up to and including Monday, October 15, 2007, it is hereby

ORDERED that the parties' joint motion be, and the same hereby is GRANTED; and it is *nunc pro tunc*

FURTHER ORDERED that the plaintiff shall file her opposition to defendant's motion

for summary judgment no later than Monday, September 24, 2007, and defendant shall file his

reply to plaintiff's opposition no later than Monday, October 15, 2007.


_Royce C. Lamberth_ 9/26/07
UNITED STATES DISTRICT JUDGE