UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - -X
DOROTHY CHAPPELL-JOHNSON,         :
          Plaintiff               :
    v.                            : Civil Action No.
                                  :
                                  : 06-0314 (RCL)
MARTIN J. GRUENBERG, VICE CHAIRMAN :
FEDERAL DEPOSIT INSURANCE         :
 CORPORATION                      :
                                  :
          Defendant.              :
- - - - - - - - - - - - - - - - -X

                          Washington, D.C.

                          Thursday, May 10, 2007
Deposition of
              NATALIE RENIE TYCE

a witness of lawful age, taken on behalf of the

Plaintiff, in the above-entitled action, before

KENYAN C. HOPCHAS, Notary Public in and for the

District of Columbia, in the offices of Swick &

Shapiro, 1225 Eye Street, N.W., Suite 1290,

Washington, D.C., commencing at 1:12 p.m.

**EXHIBIT**

A

Page 94

1   Johnson for a Star Award?
2       A   Yes.
3       Q   Back in the period of 1993 to 1996?
4       A   Yes.
5       Q   In looking at Ms. Chappell-Johnson's resume
6   or application, you were pretty familiar with what
7   she had accomplished as an FDIC employee?
8       A   Yes.
9       Q   Was there anything that surprised you when
10  you read her resume?
11      A   No.
12      Q   Did you develop an opinion about what her
13  resume represented at this point?
14      A   No.
15      Q   Did you consider that she was well
16  qualified for the job?
17      A   No.
18      Q   Did you consider that she was more than
19  just qualified for the job?
20      A   No.
21      Q   Did you consider she was qualified for the
22  job?