

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - -X

DOROTHY CHAPPELL-JOHNSON,         :

       Plaintiff              :

  v.                              : Civil Action No.

                                    : 06-0314 (RCL)

MARTIN J. GRUENBERG, VICE CHAIRMAN :

 FEDERAL DEPOSIT INSURANCE        :

 CORPORATION                      :

       Defendant.              :

- - - - - - - - - - - - - - - - -X

      Washington, D.C., Monday, May 14, 2007

Deposition of

              SHIRLEY Y. PURNELL

a witness of lawful age, taken on behalf of the

Plaintiff, in the above-entitled action, before

KENYAN C. HOPCHAS, Notary Public in and for the

District of Columbia, in the offices of Swick &

Shapiro, 1225 Eye Street, N.W., Suite 1290,

Washington, D.C., commencing at 10:08 a.m.
 Diversified Reporting Services, Inc. (202) 467-9200

EXHIBIT B

Page 300

1    A    I did not do a reference check on her.

2    Q    **You didn't consider KSAs four and five for**
3    **Ms. Chappell-Johnson, did you?**

4    A    Let me look at the KSAs. I'm not quite
5    sure --

6    Q    **You are saying right here, your statement**
7    **is --**

8    A    You asked the question did I consider her
9    for KSAs four and five. I don't know what KSAs four
10   and five are without looking at them. Where the
11   statement says they were better evaluated through a
12   reference check, it didn't say that you couldn't
13   answer -- ask questions in the structured interview
14   process for them.

15   Q    **Let's look at Exhibit 3, page three of**
16   **four. I don't remember seeing any questions in the**
17   **six questions that addressed any of that, do you?**
18   **Ms. Purnell, were any of the structured**
19   **interview questions dealing with KSAs four or five?**

20   A    No, not specifically.

21   Q    **You did not address those with Ms.**
22   **Chappell-Johnson during the interview panel, did you?**