UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOROTHY CHAPPELL-JOHNSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SHEILA C. BAIR, Chairman, )<br>Federal Deposit Insurance Corporation, )<br>)<br>Defendant. )<br>) | Civil Action No.: 06-0314 (RCL) |

### JOINT MOTION TO STAY PROCEEDINGS

The parties, by their undersigned counsel, respectfully request to stay any further proceedings in the above-captioned matter until May 16, 2008. The parties make this joint request for a stay in order to explore settlement through direct negotiation between counsel. Defendant has filed a motion for summary judgment, plaintiff filed an opposition to the same, and defendant has filed a reply brief. This case involves claims of employment discrimination, which is one of three current lawsuits by Plaintiff, and the parties are considering the possibility of resolving all her claims in one settlement. While counsel for the parties anticipate that they may request a referral to the Court's mediation program involving a Court-appointed outside mediator at a later point, the parties do not make that request at this time.

Accordingly, the parties respectfully move this Court to stay any further proceedings in this case until May 16, 2008.

March 11, 2008                                              Respectfully submitted,


        /s/                                                        /s/
David H. Shapiro, D.C. Bar # 961326        Victor E. George, CA Bar # 89595
James E. Simpson, D.C. Bar # 482870       3501 North Fairfax Drive
SWICK & SHAPIRO, P.C.                     Arlington, VA  22226
1225 Eye Street, N.W., Suite 1290          (703) 562-2395
Washington, D.C.  20005                   FAX (703) 562-2475
(202) 842-0300
FAX (202) 842-1418                              Attorneys for Defendant

Attorneys for Plaintiff