**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DOROTHY CHAPPELL-JOHNSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Civil Action No. 06-0314 (RCL)** |
| **v.** ) | |
| ) | |
| **MARTIN J. GRUENBERG,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

## <u>ORDER</u>

The joint motion [24] to stay further proceedings herein until May 16, 2008, to pursue settlement talks is GRANTED.

Defendant's pending motion [15] for summary judgment is dismissed, without prejudice to reinstatement if settlement is not effectuated.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on March 31, 2008.