UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **DOROTHY CHAPPELL-JOHNSON**  )<br>)<br>)<br>)<br>  **Plaintiff,**  )<br>)<br>  v.  )<br>)<br>**MARTIN GRUENBERG**  )<br>  **Acting Chairman**  )<br>  **Federal Deposit Insurance Corporation**  )<br>)<br>)<br>)<br>  **Defendant.**  )<br>_____ ) | No. 1:06CV00314-RCL |

**MOTION TO VACATE ORDER
DISMISSING DEFENDANT'S MOTION
<u>FOR SUMMARY JUDGMENT</u>**

The instant action involves claims of discrimination and retaliation by Plaintiff, in connection with her non-selection for a position within Defendant's organization. This action is one of three presently pending in this Court involving the exact same parties.

Plaintiff filed her complaint herein on February 22, 2006, which Defendant filed an Answer to on May 5, 2006.

Following the conclusion of discovery in May, 2007, Defendant filed a Motion for Summary Judgment on July 23, 2007. (Docket No. 15). Plaintiff filed a Memorandum in Opposition on September 24, 2007. (Docket No. 20). Defendant filed a Reply Brief in support of its Motion for Summary Judgment on October 12, 2007. (Docket No. 23).

While the parties awaited a ruling on Defendant's Motion for Summary Judgment by the Court, litigation continued in the two other cases pending in this Court. In an effort to reach a "global" settlement of all Plaintiffs' claims, the parties filed a Joint Motion to Stay Proceedings in each action. The "Stay" motion herein was filed on March 11, 2008 (Docket No. 24), seeking a stay of all proceedings through May 16, 2008.

In granting the Motion to Stay Proceedings in the instant action, the Court also dismissed Defendant's Motion for Summary Judgment without prejudice. (Docket No. 25).

The settlement discussions between the parties did not result in an agreement and the "Stay" has expired on its own terms. Since the Court did not consider the merits of Defendant's Motion for Summary Judgment in dismissing same, Defendant seeks an Order vacating the dismissal. Defendant specifically seeks an Order Nunc Pro Tunc, vacating the dismissal of Defendant's Motion for Summary Judgment and requests that the Court restore Defendants motion, Plaintiff's Opposition thereto, and Defendant's Reply Brief as active matters on the Court's docket, as previously filed. Defendant submits that the relief requested is in the interest of both parties and promotes the interest of judicial economy. Defendant's Motion for Summary Judgment has been fully briefed and only requires consideration of its merits by the Court.

**STATEMENT OF COUNSEL
PURSUANT TO LCvR 7(m)**

In an attempt to comply with LCvR 7(m), the undersigned counsel attempted to contact Plaintiff's counsel, James Simpson, via e-mail on May 21, 2008 and May 30, 2008, seeking consent to the within motion. As of the date of filing this motion, the

undersigned has not received any communication of any kind from Mr. Simpson nor anyone on his behalf.

WHEREFORE, Defendant respectfully requests that the Court issue an Order Vacating the Dismissal of Defendant's Motion for Summary Judgment, Nunc Pro Tunc and that Defendant's Motion for Summary Judgment, Plaintiff's Opposition thereto and Defendant's Reply Brief be restored to "active" status on the Court's docket, for consideration on the merits.

Respectfully submitted,

_____/s/_____
Victor E. George
Counsel
CA Bar No. 89595
3501 Fairfax Drive, Room VS-E6004
Arlington, VA  22226
703-562-2395 (office)
703-562-2482 (fax)
vgeorge@fdic.gov

3