UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **DOROTHY CHAPPELL-JOHNSON** | ) |
| **Plaintiff,** | ) |
| v. | ) No. 1:06CV-00314-RCL |
| **MARTIN GRUENBERG** | ) |
| **Defendant.** | ) |

## ORDER

Upon consideration of Defendant's Motion to Vacate Dismissal of its Motion for Summary Judgment and all documents, evidence and argument in support thereof and any opposition thereto, it is hereby,

ORDERED that Defendant's Motion to Vacate the Order Dismissing Defendant's Motion for Summary Judgment, entered on March 31, 2008 is GRANTED,

IT IS FURTHER ORDERED that Defendant's Motion for Summary Judgment (Docket #15), Plaintiff's Memorandum in Opposition thereto (Docket #20) and Defendant's Reply Brief (Docket #23) are hereby restored as "Active" matters on the Court's docket, for consideration on the merits.

_____
UNITED STATES DISTRICT JUDGE