UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOROTHY CHAPPELL-JOHNSON,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>SHEILA M. BAIR,  )<br>Chairman,  )<br>Federal Deposit Insurance Corporation  )<br>  )<br>  Defendant.  )<br>_____)  | Civil Action No. 06-0314 (RCL) |

## ORDER

Defendant Sheila M. Bair, Chairman of the Federal Deposit Insurance Corporation, has moved [15] for summary judgment in her favor in this employment discrimination suit. The Court has considered the parties' filings, the entire record herein, and the applicable law. For the reasons explained in the accompanying memorandum opinion, it is hereby

ORDERED that defendant's motion [15] is GRANTED, and summary judgment is entered for defendant, dismissing this case with prejudice.

SO ORDERED.


Signed by Royce C. Lamberth, Chief Judge, September 3, 2008.